**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)**

1. SEE NOTICE ON REVERSE. 2. PLEASE TYPE OR PRINT. 3. STAPLE ALL ADDITIONAL PAGES

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| Jimmy L. Adkins, et al.,<br>v.<br>Garda CL Atlantic, Inc. | Eastern District of N.Y. | Hon. Azrack, USDJ |
| | Date the Order or Judgment Appealed from was Entered on the Docket: August 16, 2018 | District Court Docket No.: 16-cv-00641 |
| | Date the Notice of Appeal was Filed: March 12, 2020 | Is this a Cross Appeal? Yes ✓ No |

| | Counsel's Name: Address: Telephone No.: Fax No.: E-mail: |
|---|---|
| Attorney(s) for Appellant(s):<br>✓ Plaintiff<br>Defendant | Moser Law Firm, P.C. (Steven J. Moser), 5 E Main St, Huntington, NY 11743, Tel 631-759-4054, Fax 631-759-4054, smoser@moseremploymentlaw.com |
| Attorney(s) for Appellee(s):<br>Plaintiff<br>✓ Defendant | Littler Mendelson, P.C. (Lisa M. Griffith), 290 Broadhollow Road, Suite 305, Melville, New York 11747, Tel 631.247.4709, Fax 631.850.5363, lgriffith@littler.com |

| Has Transcript Been Prepared? | Approx. Number of Transcript Pages: | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously? Yes ✓ No |
|---|---|---|---|
| Not applicable | Not applicable | Not applicable | If Yes, provide the following:<br>Case Name:<br>2d Cir. Docket No.: Reporter Citation: (i.e., F.3d or Fed. App.) |

***ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.**

***ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.**

**PART A: JURISDICTION**

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
| U.S. a party ✓ Diversity<br>Federal question (U.S. not a party)<br>Other (specify): ______ | ✓ Final Decision<br>Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b))<br>Interlocutory Decision Appealable As of Right<br>Other (specify): ______ |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

| PART B: DISTRICT COURT DISPOSITION (Check as many as apply) | | |
|---|---|---|
| 1. Stage of Proceedings<br>✓ Pre-trial<br>During trial<br>After trial | 2. Type of Judgment/Order Appealed<br>Default judgment<br>– Dismissal/FRCP 12(b)(1) lack of subj. matter juris.<br>✓ Dismissal/FRCP 12(b)(6) failure to state a claim<br>Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint<br>Dismissal/28 U.S.C. § 1915(e)(2) other dismissal<br>Dismissal/other jurisdiction<br>Dismissal/merit<br>Judgment / Decision of the Court<br>Summary judgment<br>Declaratory judgment<br>Jury verdict<br>Judgment NOV<br>Directed verdict<br>Other (specify): | 3. Relief<br>Damages:<br>__ Sought: $ ______<br>Granted: $ ______<br>Denied: $ ______<br>Injunctions:<br>Preliminary<br>Permanent<br>Denied |

| PART C: NATURE OF SUIT (Check as many as apply) | | | |
|---|---|---|---|
| 1. Federal Statutes<br>Antitrust<br>Bankruptcy<br>Banks/Banking<br>Civil Rights<br>Commerce,<br>Energy<br>Commodities<br>Other (specify): ______<br>Communications<br>Consumer Protection<br>Copyright □ Patent<br>Trademark<br>Election<br>Soc. Security<br>Environmental<br>Freedom of Information Act<br>Immigration<br>Labor<br>OSHA<br>Securities<br>Tax | 2. Torts<br>Admiralty/ Maritime<br>Assault / Defamation<br>FELA<br>Products Liability<br>Other (Specify): | 3. Contracts<br>Admiralty/ Maritime<br>Arbitration<br>Commercial<br>Employment<br>Insurance<br>Negotiable Instruments<br>Other Specify | 4. Prisoner Petitions<br>Civil Rights<br>Habeas Corpus<br>Mandamus<br>Parole<br>Vacate Sentence<br>Other |
| 5. Other<br>Forfeiture/Penalty<br>Real Property<br>Treaty (specify): ______<br>✓ Other (specify): New York Labor Law | 6. General<br>Arbitration<br>Attorney Disqualification<br>Class Action<br>Counsel Fees<br>Shareholder Derivative<br>Transfer | 7. Will appeal raise constitutional issue(s)?<br>Yes ✓ No<br>Will appeal raise a matter of first impression?<br>Yes ✓ No | |

1. Is any matter relative to this appeal still pending below? ✓ Yes, specify: Motion to Vacate and Dismiss for Lack of JD  No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A) Arises from substantially the same case or controversy as this appeal? Yes ✓ No
   (B) Involves an issue that is substantially similar or related to an issue in this appeal? Yes ✓ No

If yes, state whether "A," or "B," or both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| Name of Appellant: | | | |

| Date: 3/30/2020 | Signature of Counsel of Record: |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the$505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)**

**ADDENDUM "A"**

**(1) Description of the Nature of the Action**

Plaintiffs, former employees of Defendant Garda CL Atlantic, Inc. ("Garda") commenced an action in Supreme Court, Queens County on March 24, 2017 for failure to pay overtime under the New York Labor Law (NYLL) and its implementing regulation, 12 NYCRR § 142-2.4, as well as failure to timely pay wages under NYLL § 191.[1] The Plaintiffs alleged that they were subject to Garda's "overtime-over-50" policy under which they were paid for the first ten hours of overtime at their regular rate of pay, and were only paid the overtime rate for hours worked in excess of 50 per workweek.[2] The Plaintiffs also alleged that they were manual workers but were not paid on a weekly basis as required by NYLL § 191.[3]

The district court consolidated *Adkins v. Garda,* 17-cv-02532 with *D'Aguino v. Garda,* 16-cv-00641 on May 17, 2017 and closed the *Adkins v. Garda* case.[4] The *Adkins* plaintiffs filed an amended complaint on July 28, 2017.[5]

**(2) The District Court's Holding Below/The Result Below**

On August 16, 2018 the district court (Azrack, J.) (1) granted in part and denied in part Defendant's Motion to Dismiss the amended complaint with prejudice pursuant to o Fed. R. Civ. P. 12(b)(6), and (2) denied Plaintiffs' request to amend the complaint.[6]

Specifically, the district court denied the Defendant's Motion to Dismiss the NYLL

---

[1] Complaint, *Adkins v. Garda,* 17-cv-02532 (ECF No. 1-1).
[2] *Id.*
[3] *Id.*
[4] *D'Aguino v. Garda,* 16-cv-00641 (ECF No. 30).
[5] *D'Aguino v. Garda,* 16-cv-00641 (ECF No. 33).
[6] ECF No. 50.

overtime claims of Plaintiffs Jimmy L. Adkins, Nancy Debe, and Jean Parnell Louis. The district court granted Defendant's Motion to Dismiss the NYLL overtime claims of the remaining 23 Plaintiffs[7] for failure to "plausibly" allege an overtime violation. The district court also granted as unopposed the motion to dismiss Plaintiffs' frequency of pay/delayed wage payment claims.

The district court also denied leave to amend the complaint.

**(3) Notice of Appeal & District Court Docket Sheet**

Plaintiffs provide the Notice of Appeal entered March 18, 2020, the District Court's docket sheet in *D'Aguino v. Garda,* 16-CV-00641 and the District Court's docket sheet in *Adkins v. Garda,* 17-CV-02532 as Exhibits 1, 2 and 3, respectively.

**(4) The August 16, 2018 Memorandum and Order**

Plaintiffs provide the August 16, 2018 Memorandum and Order of the District Court of the Eastern District of New York (Azrack, J.) as Exhibit 4.

---

[7] Bay, Cioffi, Caropola, Crain, Cronk, Engel, Farrell, Failla, Giani, Lackenbaier, Maher, McDowell, Rossi, Shannon, Sobek, Sobers, Szymanski, Tanza, Bongiovi, Campbell, Smith, Torres and Delucie.

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)**

**ADDENDUM "B"**

**List of Proposed Issues and Applicable Standard of Review**

**Issue 1:** Whether the order dismissing the case with prejudice should be vacated, and the case remanded to Supreme Court, Queens County for lack of subject matter jurisdiction.

Standard of Review: Subject matter jurisdiction is reviewed *de novo*. *City of N.Y. v. Mickalis Pawn Shop, L.L.C.*, 645 F.3d 114, 126 (2d Cir. 2011); *DiTolla v. Doral Dental IPA of N.Y., L.L.C.*, 469 F.3d 271, 275 (2d Cir. 2006).

**Issue 2:** Whether the amended complaint plausibly alleges a violation of the New York Labor Law.

Standard of Review: The Second Circuit reviews *de novo* the district court's grant of a motion to dismiss for failure to state a claim. *Citibank, N.A. v. K-H Corp.*, 968 F.2d 1489, 1494 (2d Cir. 1992).

**Issue 3:** Whether the court should have granted the branch of defendant's motion seeking dismissal of plaintiffs' NYLL § 191 claims without opposition prior to addressing the merits of the motion to dismiss.

Standard of Review: The Second Circuit reviews *de novo* the district court's grant of a motion to dismiss for failure to state a claim. *Citibank, N.A.*, 968 F.2d at 1494.

**Issue 4:** Whether the plaintiffs should have been granted leave to amend the complaint following dismissal.

Standard of Review: A district court's denial of a request for leave to amend is reviewed for abuse of discretion. *Grullon v. City of New Haven*, 720 F.3d 133, 140 (2d Cir. 2013).

# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres,<br><br>Plaintiffs,<br><br>-against-<br><br>Garda CL Atlantic, Inc.<br><br>Defendant. | Case No. 16-cv-00641 (17-cv-2532) (JMA)(AKT) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Kerem Bay, Lana Bongiovi, Angelo Caropola, Alexander Cioffi, Patrick Crain, David L. Cronk, Dennis J. Delucie, Charles J. Engel, Benny Failla, Mathew Farrell, Robert Giani, John Lackenbauer, William Maher, Michael G. McDowell, Gary E. Sobek, Damian Sobers, John Rossi and Cynthia Torres hereby respectfully appeal to the United States Court of Appeals for the Second Circuit from the Memorandum and Order entered on August 16, 2018 under Docket No. 50.

Dated: Huntington, New York
March 11, 2020

Moser Law Firm PC

By: Steven John Moser
3 School Street
Suite 207B
Glen Cove, NY 11542
516-671-1150
smoser@moseremploymentlaw.com
*Co-Counsel for Plaintiffs*

Ann Ball
Law Office of Ann Ball
357 Veterans Memorial Highway
Commack, NY 11725
631-864-8700
ann.ball@mac.com
*Attorney for Plaintiffs*

TO: Lisa Marie Griffith
Littler Mendelson P.C.
532 Broadhollow Road
Suite 142
Melville, NY 11747
631-293-4525
lgriffith@littler.com
*Attorneys for Defendant*

# EXHIBIT 2

APPEAL,ACO,CONSOLIDATED

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:16-cv-00641-JMA-AKT

D'Aguino et al v. Garda Cl Atlantic, Inc.
Assigned to: Judge Joan M. Azrack
Referred to: Magistrate Judge A. Kathleen Tomlinson
Demand: $2,500,000
related Case: 1:17-cv-02532-JMA-AKT
Cause: 15:2(a) Fair Labor Standards Act

Date Filed: 02/06/2016
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Victor Dubrow**
*as Executor of the Estate of Barry Dubrow*
*TERMINATED: 01/22/2020*

represented by **Steven John Moser**
Moser Law Firm PC
5 E Main St
Huntington, NY 11743
516-671-1150
Fax: 516-882-5420
Email: smoser@moseremploymentlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis L. D'Aguino**
*TERMINATED: 01/22/2020*

represented by **Steven John Moser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald F. Hess**
*individually and on behalf of all others similar situated*
*TERMINATED: 01/22/2020*

represented by **Steven John Moser**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Jimmy Adkins**

represented by **Ann Ball**
Law Office of Ann Ball
357 Veterans Memorial Highway
Commack, NY 11725
631-864-8700
Fax: 631-864-1415
Email: ann.ball@mac.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Kerem Bay** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Lana Bongiovi** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Clement Campbell** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Angelo Caropola** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Alexander Cioffi** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Patrick H. Crain** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**David Cronk** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Nancy F. Debe** represented by **Ann Ball**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Dennis J. Delucie** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Charles J. Engel** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Matthew Farrell** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Benny Failla** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Robert J. Giani** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**John R. Lackenbauer** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jean-Parnell Louis** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**William J. Maher** represented by **Ann Ball**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michael G. McDowell** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Willner Jean Pierre**
*TERMINATED: 07/28/2017*
represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**John Rossi** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**William R. Shannon** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Fred H. Smith** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Gary E. Sobek** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Damian Sobers** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Carmela Szymanski** represented by **Ann Ball**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Anthony Tanza** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Cynthia Torres** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Garda Cl Atlantic, Inc.** represented by **Justin Robert Marino**
Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY 11747
(631) 247-4720
Fax: (631) 293-4526
Email: jmarino@littler.com
*TERMINATED: 12/30/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa Marie Griffith**
Littler Mendelson P.C.
532 Broadhollow Road
Suite 142
Melville, NY 11747
631-293-4525
Fax: 631-293-4526
Email: lgriffith@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Sergio Gomez-Sanchez**
Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY 11747
631-247-4713
Fax: 631-824-9249

Email: dsgomez@littler.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2016 | 1 | COMPLAINT against Garda Cl Atlantic, Inc. filing fee $ 400, receipt number 0207-8359479 Was the Disclosure Statement on Civil Cover Sheet completed -NO,, filed by Donald F Hess, Dennis L D'Aguino, Barry S Dubrow. (Attachments: # 1 Exhibit Pay Stubs, # 2 Consent to Join, # 3 Civil Cover Sheet, # 4 Proposed Summons) (Moser, Steven) (Entered: 02/06/2016) |
| 02/08/2016 | 2 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (Rodin, Deanna) (Entered: 02/08/2016) |
| 02/08/2016 | | Case Assigned to Judge Joan M. Azrack and Magistrate Judge A. Kathleen Tomlinson. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Rodin, Deanna) (Entered: 02/08/2016) |
| 02/08/2016 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that ***if*** all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Rodin, Deanna) (Entered: 02/08/2016) |
| 02/08/2016 | 4 | Summons Issued as to Garda Cl Atlantic, Inc.. (Ortiz, Grisel) (Entered: 02/08/2016) |
| 03/08/2016 | 5 | SUMMONS Returned Executed by Dennis L. D'Aguino. Garda Cl Atlantic, Inc. served on 2/23/2016, answer due 3/15/2016. (Moser, Steven) (Entered: 03/08/2016) |
| 03/18/2016 | 6 | NOTICE of Appearance by Lisa Marie Griffith on behalf of Garda Cl Atlantic, Inc. (aty to be noticed) (Griffith, Lisa) (Entered: 03/18/2016) |
| 03/18/2016 | 7 | First MOTION for Extension of Time to File Answer re 1 Complaint, by Garda Cl Atlantic, Inc.. (Attachments: # 1 Exhibit Stipulation) (Griffith, Lisa) (Entered: 03/18/2016) |
| 03/20/2016 | 8 | NOTICE of Appearance by Justin Robert Marino on behalf of All Defendants (aty to be noticed) (Marino, Justin) (Entered: 03/20/2016) |
| 03/21/2016 | 9 | |

| | | |
|---|---|---|
| | | ORDER granting 7 Motion for Extension of Time to Answer re 1 Complaint. Garda Cl Atlantic, Inc. answer due 4/29/2016. Ordered by Magistrate Judge A. Kathleen Tomlinson on 3/21/2016. (Ryan, Mary) (Entered: 03/21/2016) |
| 04/29/2016 | 10 | ANSWER to 1 Complaint, by Garda Cl Atlantic, Inc.. (Marino, Justin) (Entered: 04/29/2016) |
| 04/29/2016 | 11 | Corporate Disclosure Statement by Garda Cl Atlantic, Inc. identifying Corporate Parent Garda World Security Corporation for Garda Cl Atlantic, Inc.. (Marino, Justin) (Entered: 04/29/2016) |
| 05/03/2016 | | SCHEDULING ORDER: An Initial Conference is set for 5/11/2016 at 3:30 PM before Judge Joan M. Azrack in Courtroom 920 of the Long Island Courthouse. Ordered by Judge Joan M. Azrack on 5/3/2016. (Posillico, Lauren) Modified on 5/3/2016 (Posillico, Lauren). (Entered: 05/03/2016) |
| 05/09/2016 | | SCHEDULING ORDER: Due to a change in this Court's calendar, the initial conference scheduled on 5/11/2016 at 3:30 PM is ADVANCED to 1:30 PM. Ordered by Judge Joan M. Azrack on 5/9/2016. (Posillico, Lauren) (Entered: 05/09/2016) |
| 05/11/2016 | 12 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR INITIAL CONFERENCE: Counsel for Plaintiff: Steven Moser, present. Counsel for Defendant: Lisa Griffith, present. Initial Conference Hearing held on 5/11/2016 at 1:30pm. Pre Motion Hearing set for 6/29/2016 at 11:00 AM in Courtroom 920 before Judge Joan M. Azrack. (Tape #FTR: 1:45-2:00.) (Kanellopoulos, John) (Entered: 05/11/2016) |
| 06/29/2016 | 13 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR STATUS CONFERENCE: Counsel For Plaintiff: Steven Moser, present. Counsel For Defendant: Lisa Griffith and Justin Marino, present. Status Conference held on 6/29/2016 at 11:00 AM. Pre-motion letter to be submitted by defense on 10/5/2016. Plaintiffs response due 10/12/2016. (Tape #FTR: 11:18-11:21.) (Ortiz, Grisel) (Entered: 06/29/2016) |
| 09/20/2016 | 14 | Letter MOTION for Pre-Motion Conference for Motion for Conditional Cert of FLSA Claims by Dennis L. D'Aguino (Moser, Steven) Modified event type from Letter to Motion on 9/21/2016 (Ortiz, Grisel). (Entered: 09/20/2016) |
| 10/04/2016 | 15 | Joint MOTION for Extension of Time to Complete Discovery by Garda Cl Atlantic, Inc.. (Griffith, Lisa) (Entered: 10/04/2016) |
| 10/04/2016 | 16 | RESPONSE in Opposition re 14 MOTION for pre motion conference filed by Garda Cl Atlantic, Inc.. (Griffith, Lisa) (Entered: 10/04/2016) |
| 10/27/2016 | | ORDER granting 15 Motion for Extension of Time to Complete Discovery. Defendant's letter motion for extension of time to file pre-motion letters, filed with the consent of all parties, is hereby GRANTED. Defendant's pre-motion letter must be filed by November 14, 2016, and plaintiffs' response must be filed by November 30, 2016. Ordered by Judge Joan M. Azrack on 10/27/2016.(Rice, Thomas) (Entered: 10/27/2016) |
| 10/28/2016 | | ORDER granting 14 Motion for Pre Motion Conference. A pre-motion conference will be held before Judge Azrack on Tuesday, November 8, 2016, at |

| | | |
|---|---|---|
| | | 3:00pm in the Central Islip Courthouse, Courtroom 920, 100 Federal Plaza. All counsel must attend.<br><br>Any requests for adjournment must be made via letter filed on ECF at least forty-eight (48) hours in advance of the scheduled conference and must indicate which parties consent to the adjournment. Ordered by Judge Joan M. Azrack on 10/28/2016. (Rice, Thomas) (Entered: 10/28/2016) (Entered: 10/28/2016) |
| 11/03/2016 | | SCHEDULING ORDER: Due to a change in this Court's calendar, the pre-motion conference scheduled on 11/8/2016 is ADJOURNED to 11/10/2016 at 2:00 PM. Counsel shall confirm with each other the rescheduled date, and if either party is unavailable they should submit a request to the Court no later than 48 hours in advance proposing three alternative dates. Ordered by Judge Joan M. Azrack on 11/3/2016. (Posillico, Lauren) (Entered: 11/03/2016) |
| 11/09/2016 | 17 | Joint MOTION to Adjourn Conference *and extend time to file pre-motion conference letter* by Garda Cl Atlantic, Inc.. (Attachments: # 1 Proposed Order) (Griffith, Lisa) (Entered: 11/09/2016) |
| 11/10/2016 | | ORDER granting 17 Motion to Adjourn Conference. The conference originally scheduled for November 10, 2016, is hereby ADJOURNED.<br><br>Parties' joint motion for an extension of time to file pre-motion letters is hereby GRANTED. Defendant shall submit its pre-motion letter by December 14, 2016, and plaintiff shall submit its letter in opposition by December 30, 2016. Ordered by Judge Joan M. Azrack on 11/10/2016. (Rice, Thomas) (Entered: 11/10/2016) |
| 12/09/2016 | 18 | Consent MOTION for Extension of Time to File *Pre-Motion Conference Letter* by Garda Cl Atlantic, Inc.. (Attachments: # 1 - Stipulation) (Griffith, Lisa) (Entered: 12/09/2016) |
| 12/16/2016 | | ORDER granting 18 Motion for Extension of Time to File. Parties' joint motion for an extension of time to file pre-motion letters is hereby GRANTED. Defendant shall submit its pre-motion letter by January 27, 2017, and plaintiff shall submit its letter in opposition by February 27, 2017. Ordered by Judge Joan M. Azrack on 12/16/2016. (Rice, Thomas) (Entered: 12/16/2016) |
| 12/28/2016 | 19 | MOTION to Withdraw as Attorney *by Justin R. Marino* by Garda Cl Atlantic, Inc.. (Marino, Justin) (Entered: 12/28/2016) |
| 12/29/2016 | | ORDER denying 19 Motion to Withdraw as Attorney. The Court has reviewed Attorney Justin R. Marino's motion to withdraw as counsel for Defendants and the motion is DENIED, without prejudice. The Court points out that the motion was filed by Attorney Marino who is leaving the employment of Littler Mendelson, counsel for Defendants, effective December 30, 2016. As such, since the firm of Littler Mendelson will continue to represent the Defendants in this matter, the Court requires that the motion be refiled by a member or shareholder of the firm itself. Upon the motion being properly refiled, the Court will be in a position to take further action. Ordered by Magistrate Judge A. Kathleen Tomlinson on 12/29/2016. (Roman, Joshua) (Entered: 12/29/2016) |
| 12/29/2016 | 20 | MOTION to Withdraw as Attorney by Garda Cl Atlantic, Inc.. (Griffith, Lisa) (Entered: 12/29/2016) |

| | | |
|---|---|---|
| 12/30/2016 | 21 | ORDER granting 20 Motion to Withdraw as Attorney. Attorney Justin Robert Marino terminated. Ordered by Magistrate Judge A. Kathleen Tomlinson on 12/30/2016. (Ryan, Mary) (Entered: 12/30/2016) |
| 12/30/2016 | 22 | NOTICE of Change of Firm Name by Steven John Moser (Moser, Steven) (Entered: 12/30/2016) |
| 01/27/2017 | 23 | Joint MOTION for Extension of Time to File *Pre-Motion Conference Letter* by Garda Cl Atlantic, Inc.. (Griffith, Lisa) (Entered: 01/27/2017) |
| 02/14/2017 | 24 | NOTICE of Appearance by Daniel Sergio Gomez-Sanchez on behalf of Garda Cl Atlantic, Inc. (aty to be noticed) (Gomez-Sanchez, Daniel) (Entered: 02/14/2017) |
| 02/14/2017 | 25 | STIPULATION *and Order of Confidentiality and Clawback Agreement* by Garda Cl Atlantic, Inc. (Gomez-Sanchez, Daniel) (Entered: 02/14/2017) |
| 02/15/2017 | | ORDER granting 23 Motion for Extension of Time to File. Defendant shall file its pre-motion letter on or before February 26, 2017. Plaintiff shall file its response on or before March 28, 2017. Ordered by Judge Joan M. Azrack on 2/15/2017. (Rice, Thomas) (Entered: 02/15/2017) |
| 02/17/2017 | 26 | STIPULATION AND PROTECTIVE ORDER for the production and exchange of confidential information, and FRED 502(d) and (e) Clawback stipulation and order. Refer to document for full details.. Ordered by Judge Joan M. Azrack on 2/17/2017. (Bollbach, Jean) (Entered: 02/21/2017) |
| 02/27/2017 | 27 | Letter MOTION for Extension of Time to File *Complete Discovery and File Pre-Motion Conference Letter* by Garda Cl Atlantic, Inc.. (Gomez-Sanchez, Daniel) (Entered: 02/27/2017) |
| 03/01/2017 | | ORDER granting 27 Motion for Extension of Time to File. Defendant's motion, on consent of plaintiff's, is hereby GRANTED. The parties shall complete limited discovery by April 28, 2017. Defendant shall file a pre-motion letter by April 28, 2017, and plaintiff shall respond by May 28, 2017. Ordered by Judge Joan M. Azrack on 3/1/2017. (Rice, Thomas) (Entered: 03/01/2017) |
| 04/28/2017 | 28 | Notice of Related Case (Davis, Kimberly) (Entered: 04/28/2017) |
| 04/28/2017 | 29 | Letter MOTION for Extension of Time to Complete Discovery *, for a conference to discuss discovery, the related case in Adkins v. Garda, 17 CV 2532, and a stay of Defendant's time to file a pre-motion conference letter for summary judgment on the motor carrier exemption* by Garda Cl Atlantic, Inc.. (Gomez-Sanchez, Daniel) (Entered: 04/28/2017) |
| 05/02/2017 | | ELECTRONIC ORDER granting 29 Motion for Conference. A conference is scheduled on 5/17/2017 at 2:30 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse. Ordered by Judge Joan M. Azrack on 5/2/2017. (Posillico, Lauren) (Entered: 05/02/2017) |
| 05/17/2017 | 30 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR STATUS CONFERENCE FOR CASE CV 16-641 (JMA)(AKT) and CV 17-2532 (JMA)(AKT). Counsel For Plaintiff: Steven Moser (16-cv-641) and Ann Ball (17-cv-2532), present. Counsel For Defendant: Lisa Griffith, |

| | | |
|---|---|---|
| | | present. Status Conference held on 5/17/2017 at 2:30 PM. Cases to be consolidated under the first filed case number 16-cv-641. Case 17-cv-2532 to be marked as closed. Rulings set forth on the record. (Tape #FTR: 2:26-2:41.) (Ortiz, Grisel) (Entered: 05/18/2017) |
| 05/17/2017 | | Case Consolidated. (Ortiz, Grisel) (Entered: 05/18/2017) |
| 06/27/2017 | 31 | Letter MOTION for pre motion conference *to discuss the anticipated bases for dismissal of the Adkins Plaintiffs' Complaint* by Garda Cl Atlantic, Inc.. (Attachments: # 1 Exhibit A) Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gomez-Sanchez, Daniel) (Entered: 06/27/2017) |
| 06/30/2017 | 32 | REPLY in Opposition *to defendant's request for pre-motion conf* filed by All Plaintiffs. (Ball, Ann) (Entered: 06/30/2017) |
| 07/12/2017 | | ORDER denying (31) Motion for Pre Motion Conference in case 2:16-cv-00641-JMA-AKT. Defendant's request for a pre-motion conference concerning its anticipated motion to dismiss is denied without prejudice. Plaintiff is granted the requested leave to file an amended complaint by no later than July 28, 2017. Defendant may re-file its request for a pre-motion conference after plaintiff has filed its amended complaint. Ordered by Judge Joan M. Azrack on 7/12/2017. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Rice, Thomas) (Entered: 07/12/2017) |
| 07/28/2017 | 33 | AMENDED COMPLAINT against Garda Cl Atlantic, Inc., filed by Gary E. Sobek, Nancy F. Debe, Matthew Farrell, Michael G. McDowell, Alexander Cioffi, David Cronk, Anthony Tanza, Damian Sobers, John R. Lackenbauer, Angelo Caropola, Dennis J. Delucie, Kerem Bay, Charles J. Engel, Patrick H. Crain, Carmela Szymanski, Robert J. Giani, Jean-Parnell Louis, Cynthia Torres, John Rossi, Jimmy Adkins, Clement Campbell, Lana Bongiovi, Benny Failla, William R. Shannon, William J. Maher, Fred H. Smith. (Ortiz, Grisel) (Entered: 07/28/2017) |
| 08/11/2017 | 34 | Letter MOTION for pre motion conference re 33 Amended Complaint,, *for leave to file motion to dismiss.* by Garda Cl Atlantic, Inc.. (Attachments: # 1 Exhibit A) (Griffith, Lisa) (Entered: 08/11/2017) |
| 08/14/2017 | 35 | REPLY in Opposition filed by Jimmy Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Caropola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis J. Delucie, Charles J. Engel, Benny Failla, Matthew Farrell, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, Willner Jean Pierre, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza, Cynthia Torres. (Ball, Ann) (Entered: 08/14/2017) |
| 08/23/2017 | | ELECTRONIC ORDER granting 34 Motion for Pre Motion Conference. A Pre-Motion Conference will be held on 9/27/2017 at 3:00 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse. Ordered by Judge Joan M. Azrack on 8/23/2017. (Flanagan, Doreen) (Entered: 08/23/2017) |
| 09/26/2017 | 36 | Letter *Requesting to be Excused from Pre-Motion Conference of 9/27/17* by Dennis L. D'Aguino, Barry S. Dubrow, Donald F. Hess Associated Cases: 2:16- |

| | | |
|---|---|---|
| | | cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 09/26/2017) |
| 09/26/2017 | | ELECTRONIC ORDER re 36 Letter filed by Dennis L. D'Aguino, Barry S. Dubrow, Donald F. Hess. Application granted. Steven Moser, Esq. is excused from appearing at the Pre-Motion Conference scheduled for 9/27/2017. Ordered by Judge Joan M. Azrack on 9/26/2017. (Flanagan, Doreen) (Entered: 09/26/2017) |
| 09/26/2017 | 37 | Letter MOTION for pre motion conference *to discuss the anticipated bases for Defendant's motion for summary judgment of the D'Aguino Plaintiffs' Claims* by Garda Cl Atlantic, Inc.. (Griffith, Lisa) (Entered: 09/26/2017) |
| 09/27/2017 | 38 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR PRE-MOTION CONFERENCE. Counsel For Plaintiff: Ann Ball, present. Counsel For Defendant: Lisa Griffith, present. Pre Motion Conference held on 9/27/2017 at 3:00PM. Briefing schedule set - Motion to Dismiss Moving papers served by: October 20, 2017; Response: November 10, 2017; Reply: November 29, 2017.Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers. (FTR Log #FTR: 3:05-3:10.) (Ortiz, Grisel) (Entered: 09/27/2017) |
| 09/27/2017 | 39 | NOTICE by Jimmy Adkins *of change of firm name* (Moser, Steven) (Entered: 09/27/2017) |
| 11/07/2017 | 40 | REPLY in Opposition , MEMORANDUM in Opposition filed by Jimmy Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Caropola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis J. Delucie, Charles J. Engel, Benny Failla, Matthew Farrell, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, Willner Jean Pierre, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza, Cynthia Torres. (Ball, Ann) (Entered: 11/07/2017) |
| 11/10/2017 | 41 | MOTION for Leave to File *Opposition to Defendant's Motion to Dismiss* by Dennis L. D'Aguino. (Moser, Steven) (Entered: 11/10/2017) |
| 11/14/2017 | 42 | REPLY in Opposition re 41 MOTION for Leave to File *Opposition to Defendant's Motion to Dismiss* filed by All Defendants. (Gomez-Sanchez, Daniel) (Entered: 11/14/2017) |
| 11/29/2017 | 43 | Notice of Motion to Dismiss for Failure to State a Claim *in Adkins Plaintiffs' Amended Complaint* by Garda Cl Atlantic, Inc.. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Nair, Sanjay) (Entered: 11/29/2017) |
| 11/29/2017 | 44 | MEMORANDUM in Support re (14 in 1:17-cv-02532-JMA-AKT) Notice of Motion to Dismiss for Failure to State a Claim *in Adkins Plaintiffs' Amended Complaint* filed by All Defendants. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Nair, Sanjay) (Entered: 11/29/2017) |
| 11/29/2017 | 45 | AFFIDAVIT/DECLARATION in Support re (14 in 1:17-cv-02532-JMA-AKT) Notice of Motion to Dismiss for Failure to State a Claim *in Adkins Plaintiffs'* |

| | | |
|---|---|---|
| | | *Amended Complaint* filed by All Defendants. (Attachments: # 1 Exhibit A) Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Nair, Sanjay) (Entered: 11/29/2017) |
| 11/29/2017 | 46 | MEMORANDUM in Opposition re (14 in 1:17-cv-02532-JMA-AKT) Notice of Motion to Dismiss for Failure to State a Claim *in Adkins Plaintiffs' Amended Complaint , Opposition by the Adkins Plaintiffs,* filed by All Defendants. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Nair, Sanjay) (Entered: 11/29/2017) |
| 11/29/2017 | 47 | REPLY in Support re (14 in 1:17-cv-02532-JMA-AKT) Notice of Motion to Dismiss for Failure to State a Claim *in Adkins Plaintiffs' Amended Complaint* filed by All Defendants. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Nair, Sanjay) (Entered: 11/29/2017) |
| 04/12/2018 | | ORDER: On September 26, 2017, defendant filed a letter requesting a pre-motion conference concerning a proposed motion to for summary judgment against the D'Aguino plaintiffs. The Court's individual rules require parties to respond to pre-motion conference letters within seven days. The D'Aguino plaintiffs have not filed any response to this letter. The D'Aguino plaintiffs must file a response to the letter by April 20, 2018. Failure to respond may result in the dismissal of this action for failure to prosecute. Ordered by Judge Joan M. Azrack on 4/12/2018. (Aravand, Pouneh) (Entered: 04/12/2018) |
| 04/19/2018 | 48 | MEMORANDUM in Opposition re 37 Letter MOTION for pre motion conference *to discuss the anticipated bases for Defendant's motion for summary judgment of the D'Aguino Plaintiffs' Claims* filed by Dennis L. D'Aguino. (Moser, Steven) (Entered: 04/19/2018) |
| 07/30/2018 | 49 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on September 27, 2017, before Judge Joan M. Azrack. Transcriber Transcription Plus II, Inc., Telephone number 917-945-1549. Email address: laferrara44@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/20/2018. Redacted Transcript Deadline set for 8/30/2018. Release of Transcript Restriction set for 10/29/2018. (Kanellopoulos, John) (Entered: 07/30/2018) |
| 08/16/2018 | | ORDER denying 41 Motion for Leave to File Opposition to Defendant's Motion to Dismiss the Adkins' Plaintiffs' claims. Ordered by Judge Joan M. Azrack on 8/16/2018. (Aravand, Pouneh) (Entered: 08/16/2018) |
| 08/16/2018 | 50 | MEMORANDUM AND ORDER: For the reasons stated (PLEASE SEE ORDER FOR FURTHER DETAISL), defendant's motion to dismiss the NYLL overtime claims of plaintiffs Bay, Cioffi, Caropola, Crain, Cronk, Engel, Farrell, Failla, Giani, Lackenbaier, Maher, McDowell, Rossi, Shannon, Sobek, Sobers, Szymanski, Tanza, Bongiovi, Campbell, Smith, Torres and Delucie is GRANTED, and these plaintiffs' claims are dismissed with prejudice. Defendant's motion to dismiss the NYLL frequency of pay claims of plaintiffs Bay, Cioffi, Caropola, Crain, Cronk, Engel, Farrell, Failla, Giani, Lackenbaier, Maher, McDowell, Rossi, Shannon, Sobek, Sobers, Szymanski, Tanza, Smith, |

| | | |
|---|---|---|
| | | Torres, Delucie, Adkins and Debe is GRANTED and these claims are also dismissed with prejudice. Defendant's motion to dismiss the NYLL overtime claims of plaintiffs Adkins, Debe, and Louis is DENIED. Plaintiffs' request for leave to amend the complaint is DENIED. So Ordered by Judge Joan M. Azrack on 8/16/2018. (Ortiz, Grisel) (Entered: 08/16/2018) |
| 08/16/2018 | | ORDER granting 37 request for a Pre-Motion Conference in D'Aguino et. al. v. Garda (16-cv-641) and scheduling a Status Conference in Tanza et. al. v. Garda (15-cv-4394), D'Aguino et. al. v. Garda (16-cv-641) and Adkins v. Garda (16-cv-641) on 9/13/2018 before Judge Azrack at 12 PM in Courtroom 920 of the Long Island Courthouse. The Court will hold the Status Conference first, followed by the Pre-Motion Conference. Ordered by Judge Joan M. Azrack on 8/16/2018. (Aravand, Pouneh) (Entered: 08/16/2018) |
| 09/05/2018 | | SCHEDULING ORDER: **Due to a change in this Court's calendar, the conference scheduled on 9/13/2018 at 12:00 PM will be held in Courtroom 6E of the Brooklyn Courthouse.** Ordered by Judge Joan M. Azrack on 9/5/2018. (Posillico, Lauren) (Entered: 09/05/2018) |
| 09/07/2018 | 51 | MOTION for Extension of Time to File Answer *to Amended Complaint's Remaining Claims Until a Date Set At the Conference on September 13, 2018* by Garda Cl Atlantic, Inc.. (Gomez-Sanchez, Daniel) (Entered: 09/07/2018) |
| 09/10/2018 | | ORDER granting 51 Motion for Extension of Time to Answer. Ordered by Judge Joan M. Azrack on 9/10/2018. (Aravand, Pouneh) (Entered: 09/10/2018) |
| 09/13/2018 | 52 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR TELEPHONE PREMOTION CONFERENCE. Counsel For Tanza Plaintiffs: Joseph Myers, Patricia Boland, present. Counsel For Adkins Plaintiffs: Ann Ball, present. Counsel For DAguino Plaintiffs: Steven John Moser, present. Counsel For Garda Security: Raymond Berti, Jessica Travers, present. Counsel For Garda CI Atlantic: Lisa Griffith, Justin Marino, present. Pre Motion Conference held on 9/13/2018 at 12:00 PM. A telephone status conference is scheduled for all three matters for Friday, September 28, 2018 at 12:00 pm. Counsel for Garda Security is directed to conference all the parties and contact the chambers at (631) 712-5600. The parties should be prepared to discuss the status of global settlement negotiations. (Ortiz, Grisel) (Entered: 09/13/2018) |
| 09/28/2018 | 53 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE. Counsel For Tanza Plaintiffs: Patricia Boland, present. Counsel For Adkins Plaintiffs: Ann Ball, present. Counsel For D'Aguino Plaintiffs: Steven John Moser, present. Counsel For Garda Security: Jessica Travers, present. Counsel For Garda CI Atlantic: Lisa Griffith, present. Status Conference held on 9/28/2018 at 12:00 PM. Cases not settled. Parties to continue global settlement discussions. A telephone status conference is scheduled for all three matters for Friday, October 12, 2018 at 11:00 am. Counsel for Garda Security is directed to conference all parties and contact chambers at (631) 712-5600. (Ortiz, Grisel) (Entered: 09/28/2018) |
| 10/12/2018 | 54 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE. Counsel For Tanza |

| | | |
|---|---|---|
| | | Plaintiffs: Patricia Boland, present. Counsel For Adkins Plaintiffs: Ann Ball, present. Counsel For DAguino Plaintiffs: Steven John Moser, present. Counsel For Garda Security: Jessica Travers, present. Counsel For Garda CI Atlantic: Lisa Griffith, present. Status Conference held on 10/12/2018 at 11:00AM. Case not settled. The parties will engage in private mediation and will enter a status report once mediation is complete. (Ortiz, Grisel) (Entered: 10/12/2018) |
| 11/30/2018 | 55 | SUGGESTION OF DEATH Upon the Record as to Barry Dubrow by Garda Cl Atlantic, Inc. (Gomez-Sanchez, Daniel) (Entered: 11/30/2018) |
| 02/28/2019 | 56 | Letter MOTION for pre motion conference by Barry S. Dubrow. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 02/28/2019) |
| 03/06/2019 | 57 | RESPONSE in Opposition re 56 Letter MOTION for pre motion conference *requesting that the Court deny Plaintiff's request to file a substitution motion by April 15, 2019; request that the Court schedule an emergency conference well in advance of the April 3, 2019 mediation; and requesting that the Court order Mr. Moser to produce information concerning the representation and substitution issues presented by the death of Plaintiff Barry Dubrow* filed by Garda Cl Atlantic, Inc.. (Gomez-Sanchez, Daniel) (Entered: 03/06/2019) |
| 03/08/2019 | 58 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR STATUS CONFERENCE. Counsel For Plaintiff Tanza: Joseph Myers, Patricia Boland, Ann Ball (telephone). Counsel For Plaintiff D'Aguino and Plaintiff Dubrow in the Tanza case: Steven Moser. Counsel For Defendant Garda Secuity: Jessica Travers (telephone). Counsel For Defendant Garda CL Atlantic: Lisa Griffith. Status Conference held on 3/8/2019 at 10:00 AM. Conference held re substitution. (Ortiz, Grisel) (Entered: 03/08/2019) |
| 03/08/2019 | | ORDER terminating 56 Motion for Pre Motion Conference. A conference was held on 3/8/2019. Ordered by Judge Joan M. Azrack on 3/8/2019. (Gallagher, Erin) (Entered: 03/08/2019) |
| 04/16/2019 | 59 | MOTION for pre motion conference *to dismiss all claims brought by Plaintiff Barry S. Dubrow in the DAguino action* by Garda Cl Atlantic, Inc.. (Gomez-Sanchez, Daniel) (Entered: 04/16/2019) |
| 04/29/2019 | | ORDER. Motion for Pre Motion Conference 59 is denied. The Court waives its pre-motion conference requirement and grants Defendant's request to file a motion to dismiss the claims brought by Plaintiff Barry S. Dubrow. Defendant shall serve its opening brief by May 13, 2019. Plaintiff shall serve opposition papers by May 28, 2019. Defendant shall serve its reply, if any, and file the fully briefed motions in accordance with the Court's individual rules, by June 4, 2019. Ordered by Judge Joan M. Azrack on 4/29/2019. (Gallagher, Erin) (Entered: 04/29/2019) |
| 05/27/2019 | 60 | Letter MOTION for Leave to File *motion to substitute* by Barry S. Dubrow. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) Modified on 5/30/2019 (Ortiz, Grisel). (Entered: 05/27/2019) |
| 05/30/2019 | | ORDER granting 60 Motion for Leave to File. Plaintiff to serve motion to substitute party on defendant tomorrow, 5/31/2019. Defendant to serve any |

| | | |
|---|---|---|
| | | opposition to the motion to substitute, together with any reply in support of its motion to dismiss, and file the fully briefed motions in accordance with the Court's individual rules, by 6/7/2019. Ordered by Judge Joan M. Azrack on 5/30/2019. (Gallagher, Erin) (Entered: 05/30/2019) |
| 06/07/2019 | 61 | MOTION for Extension of Time to File Response/Reply *in further support of Defendant's motion to dismiss the claims of Barry Dubrow on consent of the parties* by Garda Cl Atlantic, Inc.. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gomez-Sanchez, Daniel) (Entered: 06/07/2019) |
| 06/10/2019 | | ORDER granting 61 Motion for Extension of Time to File Response/Reply. Reply papers due by 6/14/2019. Ordered by Judge Joan M. Azrack on 6/10/2019. (Gallagher, Erin) (Entered: 06/10/2019) |
| 06/14/2019 | 62 | MOTION for Extension of Time to File Response/Reply *in further support of Defendant's motion to dismiss the claims of Barry Dubrow on consent of the parties and to schedule a conference to aid the parties in securing a mediation date* by Garda Cl Atlantic, Inc.. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gomez-Sanchez, Daniel) (Entered: 06/14/2019) |
| 06/18/2019 | | ORDER re: Motion for Extension of Time to File Response/Reply. (ECF No. 62 in case 2:16-cv-00641; ECF No. 22 in case 1:17-cv-02532.)<br><br>A joint telephone status conference with the Tanza actions (15-cv-4394/17-cv-3185) is scheduled for 6/20/2019 at 2:00pm. Counsel for defendant in the D'Aguino/Adkins actions is directed to initiate the call and contact chambers at 718-613-2530 when all parties are on the line. The deadline for defendant's reply/opposition is hereby stayed and will be addressed at the conference.<br><br>Motion for Extension of Time to File Response/Reply (ECF No. 21 in case 1:17-cv-02532) is terminated as moot. Ordered by Judge Joan M. Azrack on 6/18/2019. Associated Cases: 2:16-cv-00641, 1:17-cv-02532 (Gallagher, Erin) (Entered: 06/18/2019) |
| 06/20/2019 | 63 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR STATUS CONFERENCE (Tel BK). Counsel For Tanza Plaintiffs: no appearance. Counsel For Tanza Defendant: Jessica Travers. Counsel For D'Aguino/Adkins Plaintiffs: Steven Moser, Ann Ball. Counsel For D'Aguino/Adkins Defendant: Lisa Griffith. Status Conference held on 6/20/2019 at 2:00 PM. Mediation is scheduled for September 9, 2019. The parties are ordered to appear on that date and participate in the mediation in good faith. Counsel for the Estate of Plaintiff Barry S. Dubrow is directed to file the unopposed motion to substitute by June 27, 2019. Defendant's motion to dismiss Dubrow is held in abeyance and shall not be filed on the docket without further leave from the Court. (Ortiz, Grisel) (Entered: 06/20/2019) |
| 06/25/2019 | 64 | MOTION to Substitute Party by Barry S. Dubrow. (Attachments: # 1 Memorandum in Support) Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 06/25/2019) |
| 06/25/2019 | 65 | AFFIDAVIT/DECLARATION in Support re (64 in 2:16-cv-00641-JMA-AKT, 24 in 1:17-cv-02532-JMA-AKT) MOTION to Substitute Party filed by Barry S. |

| | | |
|---|---|---|
| | | Dubrow. (Attachments: # 1 Exhibit Death Certificate, # 2 Exhibit Will, # 3 Exhibit Retainer) Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 06/25/2019) |
| 07/23/2019 | | ORDER: The Clerk of the Court is respectfully directed to reinstate the following terminated plaintiffs: Barry S. Dubrow, Dennis L. D'Aguino, and Donald F. Hess, to the docket. Ordered by Judge Joan M. Azrack on 7/23/2019. (Gallagher, Erin) (Entered: 07/23/2019) |
| 07/23/2019 | 66 | ORDER Granting 64 Motion to Substitute Party. ORDERED that "Victor Dubrow, as Executor of the Estate of Barry Dubrow", is substituted as party plaintiff in the place of "Barry Dubrow"; ORDERED that the above caption shall be amended to reflect the substitution; and The Clerk of the Court is directed to remove Barr Dubrow as a partyy plaintiff and add "Victor Dubrow, as Executor of the Estate of Barry Dubrow" as a party plaintiff in this action. So Ordered by Judge Joan M. Azrack on 7/23/2019. (Ortiz, Grisel) (Entered: 07/23/2019) |
| 08/09/2019 | 67 | STATUS REPORT *Regarding Mediation* by Dennis L. D'Aguino Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 08/09/2019) |
| 08/12/2019 | 68 | Letter *in Response to Plaintiffs' "Status Report"* by Garda Cl Atlantic, Inc. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 08/12/2019) |
| 08/14/2019 | 69 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR STATUS CONFERENCE (Tel BK). Counsel For Plaintiffs: Steven Moser, Ann Ball. Counsel For Defendant: Lisa Griffith. Status Conference held on 8/14/2019 at 3:00 PM. (Ortiz, Grisel) (Entered: 08/15/2019) |
| 08/16/2019 | | ORDER: On June 20, 2019, the Court held a telephone conference during which the parties agreed to, and the Court so-ordered, mediation before Martin Shienman on September 9, 2019. (ECF No. 63 .) Based on the parties' representations, and in order to facilitate the agreed-upon mediation, the Court permitted plaintiffs to file their motion to substitute unopposed, and directed defendant not to file a motion to dismiss at that time. Plaintiffs' counsel violated that court-order when they decided not to participate in mediation with the parties' chosen mediator without leave from the Court, and the parties lost the court-ordered mediation date of September 9, 2019. The Court now orders the parties, by August 26, 2019, to meet and confer to find a mutually agreeable date to mediate before Martin Shienman, and file a status report with the Court. Mediation before Martin Shienman must take place before October 31, 2019. Should plaintiffs' counsel violate further court-orders regarding the mediation, the Court may permit defendant to file its motion to dismiss and entertain an application for costs and fees. Ordered by Judge Joan M. Azrack on 8/16/2019. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 08/16/2019) |
| 08/26/2019 | 70 | Letter *regarding status of mediation date and request for extension* by Garda Cl Atlantic, Inc. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 08/26/2019) |

| | | |
|---|---|---|
| 08/26/2019 | | SCHEDULING ORDER: The parties' request for an extension (ECF No. 70 ) is granted. A Status Report regarding the mediation date is due by 8/30/2019. Ordered by Judge Joan M. Azrack on 8/26/2019. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 08/26/2019) |
| 08/30/2019 | 71 | Letter *advising the Court that mediation is scheduled for October 7, 2019* by Garda Cl Atlantic, Inc. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 08/30/2019) |
| 10/30/2019 | 72 | STATUS REPORT by Garda Cl Atlantic, Inc. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 10/30/2019) |
| 11/22/2019 | | SCHEDULING ORDER: In-Person Status Conference set for 12/13/2019 at 02:30 PM in Courtroom 920 of the Long Island Courthouse before Judge Joan M. Azrack. Counsel for all parties in both the Tanza and D'Aguino matters, as well as former plaintiffs' counsel in Tanza, Neil M. Frank (or counsel for Mr. Frank), are directed to appear in-person.<br><br>The D'Aguino parties shall file their motion for approval of the FLSA settlement by 12/10/2019. Ordered by Judge Joan M. Azrack on 11/22/2019. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 11/22/2019) |
| 12/06/2019 | | SCHEDULING ORDER: In-Person Status Conference ADJOURNED to 12/19/2019 at 12:30 PM in Courtroom 920 of the Long Island Courthouse before Judge Joan M. Azrack. Counsel for all parties in both the Tanza and D'Aguino matters, as well as former plaintiffs' counsel in Tanza, Neil M. Frank (or counsel for Mr. Frank), are directed to appear in-person. Counsel for defendant Garda is directed to confirm that Mr. Frank is aware of the conference.<br><br>Given the adjournment, the D'Aguino parties may now file their motion for approval of the FLSA settlement by 12/12/2019. Ordered by Judge Joan M. Azrack on 12/6/2019. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 12/06/2019) |
| 12/12/2019 | | SCHEDULING ORDER: The In-Person Status Conference scheduled on 12/19/2019 is ADJOURNED to 1/21/2020 at 1:00 PM in Courtroom 920 of the Long Island Courthouse before Judge Joan M. Azrack. Counsel for all parties in both the Tanza and D'Aguino matters, as well as former plaintiffs' counsel in Tanza, Neil M. Frank (or counsel for Mr. Frank), are directed to appear in-person. Counsel for defendant Garda is directed to confirm that Mr. Frank is aware of the conference. Ordered by Judge Joan M. Azrack on 12/12/2019. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Posillico, Lauren) (Entered: 12/12/2019) |
| 12/13/2019 | 73 | MOTION for Extension of Time to File *Joint Motion to Approve Settlement* by Garda Cl Atlantic, Inc.. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 12/13/2019) |
| | | |

| | | |
|---|---|---|
| 12/13/2019 | | ORDER granting (73) Motion for Extension of Time to File. Parties may submit the Joint Motion for Approval of Settlement by 12/19/19. Ordered by Judge Joan M. Azrack on 12/13/2019. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 12/13/2019) |
| 12/16/2019 | 74 | Letter MOTION to Dismiss *under Rule 41 and approve FLSA Settlement* by Dennis L. D'Aguino. (Attachments: # 1 Exhibit Settlement Agreement, # 2 Exhibit Redacted Billing Statements, # 3 Exhibit Stipulation of Dismissal) (Moser, Steven) (Entered: 12/16/2019) |
| 01/02/2020 | | ORDER re 74 : Plaintiff is directed to file, under seal, an unredacted statement of attorneys' fees and costs by 1/9/2020. Ordered by Judge Joan M. Azrack on 1/2/2020. (Gallagher, Erin) (Entered: 01/02/2020) |
| 01/03/2020 | 75 | MOTION for pre motion conference by Kerem Bay. (Ball, Ann) (Entered: 01/03/2020) |
| 01/09/2020 | 76 | MEMORANDUM in Support re Order, (74 in 2:16-cv-00641-JMA-AKT) Letter MOTION to Dismiss *under Rule 41 and approve FLSA Settlement - Unredacted Billing Statement* filed by Dennis L. D'Aguino. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 01/09/2020) |
| 01/09/2020 | 77 | MEMORANDUM in Support re (74 in 2:16-cv-00641-JMA-AKT) Letter MOTION to Dismiss *under Rule 41 and approve FLSA Settlement (letter with Message from Plaintiff Donald Hess)* filed by Donald F. Hess. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 01/09/2020) |
| 01/10/2020 | 78 | RESPONSE to Motion re (75 in 2:16-cv-00641-JMA-AKT) MOTION for pre motion conference filed by All Defendants. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gomez-Sanchez, Daniel) (Entered: 01/10/2020) |
| 01/13/2020 | | SCHEDULING ORDER: Due to a change in this Court's calendar, the In-Person Status Conference scheduled for 1/21/2020 at 1:00 PM will take place in Courtroom 6E North of the Brooklyn Courthouse, located at 225 Cadman Plaza East, Brooklyn, New York 11201, before Judge Joan M. Azrack.<br><br>Counsel for all parties in both the Tanza and D'Aguino matters, as well as former plaintiffs' counsel in Tanza, Neil M. Frank (or counsel for Mr. Frank), are directed to appear in-person. Counsel for defendant Garda is directed to confirm that Mr. Frank is aware of the conference.<br><br>The Court will also address the pending pre-motion conference letter, (ECF No. 75 ) at this conference. Ordered by Judge Joan M. Azrack on 1/13/2020. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 01/13/2020) |
| 01/21/2020 | 79 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR STATUS CONFERENCE. Counsel For Tanza Plaintiffs: Kyle Pulis, Steven Moser. Counsel Pro se Tanza Plaintiffs: No appearance. Counsel For D'Aguino/Adkins Plaintiffs: Steven Moser, Ann Ball. Counsel For Tanza |

| | | |
|---|---|---|
| | | Defendants: Jessica Travers, Valerie Brown. Counsel For D'Aguino/Adkins Plaintiffs: Lisa Griffith, Valerie Brown. Counsel For Neil Frank: Michelle Aulivola. Status Conference held on 1/21/2020 at 1:00 PM. By 1/28/2020, Counsel for Neil Frank, Michelle Aulivola, shall notify the plaintiffs who Mr. Frank previously represented and have not yet retained new counsel of Mr. Frank's disbarment. The notice shall be made by certified mail, and, where practical, electronic mail. It shall state, at a minimum, that Mr. Frank is no longer able to act as counsel in this matter due to disbarment and shall advise the client to obtain new counsel. By 2/28/2020, the parties in the Tanza matters shall submit a revised motion for preliminary approval of the class settlement, identifying a proposed new class counsel and including a revised settlement agreement. Proposed class counsel is directed to identify its position on the class settlement at that time. By 1/28/2020, Counsel for the Adkins plaintiffs, Ann Ball, shall notify the Court and defense counsel whether she still wishes to make a motion to remand in accordance with her pre-motion conference letter. Should Ms. Ball wish to make this motion, the parties shall submit a joint briefing schedule by 1/31/2020. Defense counsel may make an application to the Court for Ms. Ball's billing records should she determine they are necessary to oppose the motion. The Clerk of the Court is directed to remove Neil Frank, Alyssa T. Marino, and Joseph A. Myers as counsel of record for the plaintiffs in the Tanza case, 15-cv-4394. Furthermore, to the extent not already noted, the Clerk of the Court is directed to update the docket to reflect the appearance of Kyle T Pulis, Esq. and Scott M. Mishkin, Esq. for the following Tanza plaintiffs: Anthony Tanza, Michael S. Bosman, Albert Velasquez, Lana Bongiovi, Alexander Cioffi, Dennis J. Delucie, Charles Engel, William R. Shannon, Gary E. Sobek, and Carmela A. Syzmanski. (Entered: 01/21/2020) |
| 01/22/2020 | | ORDER granting 74 Motion to Dismiss under Rule 41 and approve FLSA Settlement. Ordered by Judge Joan M. Azrack on 1/22/2020. (Ortiz, Grisel) (Entered: 01/22/2020) |
| 01/22/2020 | 80 | ORDER Dismissing Parties Re: 74 JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE as to Defendants Donald F. Hess(individually and on behalf of all others similar situated), Dennis L. D'Aguino and Victor Dubrow(as Executor of the Estate of Barry Dubrow). So Ordered by Judge Joan M. Azrack on 1/22/2020. (Ortiz, Grisel) (Entered: 01/22/2020) |
| 01/23/2020 | 81 | NOTICE of Consent to Change Attorney by Steven John Moser Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 01/23/2020) |
| 01/24/2020 | 82 | REPLY in Opposition re (36 in 1:17-cv-02532-JMA-AKT) Notice of Consent to Change Attorney filed by All Defendants. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 01/24/2020) |
| 01/28/2020 | 83 | NOTICE of Appearance by Steven John Moser on behalf of Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Caropola, Alexander Cioffi, Patrick H. Crain, David Cronk, Dennis J. Delucie, Charles J. Engel, Benny Failla, Matthew Farrell, Robert J. Giani, John R. Lackenbauer, William J. Maher, Michael G. McDowell, Willner Jean Pierre, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza, |

| | | |
|---|---|---|
| | | Cynthia Torres (aty to be noticed) Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 01/28/2020) |
| 01/28/2020 | 84 | MOTION to Strike (38 in 1:17-cv-02532-JMA-AKT) Notice of Appearance,, by Garda Cl Atlantic, Inc.. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 01/28/2020) |
| 01/28/2020 | 85 | Letter MOTION to Dismiss for Lack of Jurisdiction *and Requesting Order to Show Cause* by Damian Sobers. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 01/28/2020) |
| 01/31/2020 | 86 | Proposed Scheduling Order *(i.e. Briefing Schedule) regarding motion to dismiss for lack of jurisdiction* by Jimmy Adkins Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 01/31/2020) |
| 01/31/2020 | 87 | MOTION to Strike (41 in 1:17-cv-02532-JMA-AKT) Proposed Scheduling Order *and requesting a conference with the Court* by Garda Cl Atlantic, Inc.. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gomez-Sanchez, Daniel) (Entered: 01/31/2020) |
| 02/07/2020 | | ORDER: The Court REJECTS the Notice of Consent to Change Attorney, (ECF No. 81 ), seeking to stipulate to the substitution of the Moser Law Firm, P.C. in place of the Law Office of Ann Ball as counsel of record for Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Caropola, Alexander Cioffi, Patrick H. Crain, David Cronk, Dennis J. Delucie, Charles J. Engel, Benny Failla, Matthew Farrell, Robert J. Giani, John R. Lackenbauer, William J. Maher, Michael G. McDowell, Willner Jean Pierre, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza, and Cynthia Torres. The Notice purports to stipulate to the change in attorney but does not include signatures from the clients or the defendant in this action. See Local Rule 1.4, Committee Note. Although the Notice alleges that these plaintiffs have requested that the Moser Law Firm represent them in this action and consented to the withdrawal of the Law Office of Ann Ball, it is unclear that this Notice has even been served on these individuals, further requiring its rejection. See Local Rule 1.4.<br><br>Before the Court could address the Notice, Steven Moser filed a notice of appearance on behalf of these individuals. (ECF No. 83 .) The defendant moved to strike. (ECF No. 84 .) Mr. Moser is directed to file an affidavit detailing when and how he obtained the consent of each of these plaintiffs to represent them in this action, as well as copies of any retainer agreements. This affidavit and any retainer agreements shall be filed by February 14, 2020 and may be filed under seal. The Court will rule on the defendant's motion to strike after reviewing this information.<br><br>As the Court has rejected the Notice of Consent to Change Attorney, the Law Office of Ann Ball remains counsel of record for these plaintiffs.<br><br>Upon resolution of the representation matter, the Court will address the issues raised by the parties regarding remand. Accordingly, the proposed scheduling order, (ECF No. 86 ), is stayed. Ordered by Judge Joan M. Azrack on 2/7/2020. |

| | | |
|---|---|---|
| | | Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 02/07/2020) |
| 02/27/2020 | 88 | STIPULATION of Dismissal *Adkins, Plaintiffs Debe, Louis from Adkins v. Garda* by Garda Cl Atlantic, Inc. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 02/27/2020) |
| 03/12/2020 | 89 | NOTICE OF INTERLOCUTORY APPEAL BY ALL CO-PLAINTIFF'S #50 IN CASE 16-CV-641. (Landow, Concetta). (Entered: 03/18/2020) |
| 03/12/2020 | | USCA Appeal Fees received $ 505 receipt number NYEDC-12523589 re 89 Notice of Interlocutory Appeal filed by Alexander Cioffi, Patrick H. Crain, Clement Campbell, David Cronk, Angelo Caropola, Kerem Bay, Lana Bongiovi. (Landow, Concetta) (Entered: 03/18/2020) |
| 03/18/2020 | | Docket entry #89 was originally filed as a Notice of Appeal, but since the case is still pending it should be a Notice of Interlocutory Appeal. Deleted and re-entered the Appeal. (Landow, Concetta) (Entered: 03/18/2020) |
| 03/18/2020 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 89 Notice of Interlocutory Appeal; Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Landow, Concetta) (Entered: 03/18/2020) |
| 03/27/2020 | | SCHEDULING ORDER: A Telephone Conference is set for 3/31/2020 at 12:30 PM with Judge Joan M. Azrack and will be conducted through the AT&T teleconference center. Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt. Ordered by Judge Joan M. Azrack on 3/27/2020. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 03/27/2020) |

EXHIBIT 3

ACO,CONSOLIDATED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:17-cv-02532-JMA-AKT

Adkins et al v. Garda Cl Atlantic, Inc.
Assigned to: Judge Joan M. Azrack
Referred to: Magistrate Judge A. Kathleen Tomlinson
Lead case: 2:16-cv-00641-JMA-AKT
Member case: (View Member Case)
related Case: 2:16-cv-00641-JMA-AKT
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 04/27/2017
Date Terminated: 05/17/2017
Jury Demand: None
Nature of Suit: 790 Labor: Other
Jurisdiction: Diversity

**Plaintiff**

**Jimmy Adkins** represented by **Ann Ball**
Law Office of Ann Ball
357 Veterans Memorial Highway
Commack, NY 11725
631-864-8700
Fax: 631-864-1415
Email: ann.ball@mac.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerem Bay** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
Moser Law Firm PC
3 School Street
Suite 207b
Glen Cove, NY 11542
516-671-1150
Fax: 516-882-5420
Email:
smoser@moseremploymentlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lana Bongiovi** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clement Campbell** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelo Caropola** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Cioffi** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick H. Crain** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Cronk** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy F. Debe** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis J. Delucie** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles J. Engel** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Farrell** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benny Failla** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert J. Giani** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John R. Lackenbauer** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean-Parnell Louis** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William J. Maher** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael G. McDowell** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willner Jean Pierre** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Rossi** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William R. Shannon** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fred H. Smith** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary E. Sobek** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Damian Sobers** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmela Szymanski** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Tanza** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Torres** represented by **Ann Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven John Moser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Garda Cl Atlantic, Inc.** represented by **Lisa Marie Griffith**
Littler Mendelson P.C.
532 Broadhollow Road
Suite 142
Melville, NY 11747
631-293-4525
Fax: 631-293-4526
Email: lgriffith@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Sergio Gomez-Sanchez**
Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY 11747
631-247-4713
Fax: 631-824-9249
Email: dsgomez@littler.com
*ATTORNEY TO BE NOTICED*

**Sanjay V. Nair**
Littler Mendelson, P.C.
290 Broadhollow Road

Melville, NY 11747
631-247-4719
Fax: 646-607-5691
Email: snair@littler.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/27/2017 | 1 | NOTICE OF REMOVAL by All Defendants from Supreme Court of the State of New York, County of Queens, case number 3124/2017. ( Filing fee $ 400 receipt number 0207-9484845) (Attachments: # 1 Exhibit A - Complaint, # 2 Exhibit B - Corporate Record, # 3 Civil Cover Sheet) (Gomez-Sanchez, Daniel) (Entered: 04/27/2017) |
| 04/27/2017 | 2 | CERTIFICATE OF SERVICE by Garda Cl Atlantic, Inc. re 1 Notice of Removal, (Gomez-Sanchez, Daniel) (Entered: 04/27/2017) |
| 04/28/2017 | 3 | NOTICE of Appearance by Lisa Marie Griffith on behalf of All Defendants (aty to be noticed) (Griffith, Lisa) (Entered: 04/28/2017) |
| 04/28/2017 | | Case Assigned to Judge Frederic Block and Magistrate Judge Steven M. Gold. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 04/28/2017) |
| 04/28/2017 | 4 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that ***if*** all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 04/28/2017) |
| 04/28/2017 | 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 04/28/2017) |
| 04/28/2017 | 6 | Notice of Related Case (Davis, Kimberly) (Entered: 04/28/2017) |
| 04/28/2017 | 7 | Letter *regarding related case of D'Aguino v. Garda CL, 16 CV 00641* by Garda Cl Atlantic, Inc. (Gomez-Sanchez, Daniel) (Entered: 04/28/2017) |
| 05/01/2017 | | ORDER REASSIGNING CASE. Case reassigned to Judge Joan M. Azrack and Magistrate Judge A. Kathleen Tomlinson for all further proceedings. Judge Frederic Block, Magistrate Judge Steven M. Gold no longer assigned to case Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies |

| | | |
|---|---|---|
| | | to judges where their Individual Practices require such.. Ordered by Chief Judge Dora Lizette Irizarry on 5/1/2017. (Davis, Kimberly) (Entered: 05/01/2017) |
| 05/02/2017 | | SCHEDULING ORDER: A status conference is scheduled on 5/17/2017 at 2:30 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse. Ordered by Judge Joan M. Azrack on 5/2/2017. (Posillico, Lauren) (Entered: 05/02/2017) |
| 05/17/2017 | 8 | Consent MOTION for Extension of Time to File Answer *move, or otherwise respond to Complaint* by Garda Cl Atlantic, Inc.. (Griffith, Lisa) (Entered: 05/17/2017) |
| 05/17/2017 | 9 | Minute Entry for proceedings held before Judge Joan M. Azrack:CIVIL CAUSE FOR STATUS CONFERENCE FOR CASE CV 16-641 (JMA)(AKT) AND CV 17-2532 (JMA)(AKT). Counsel For Plaintiff: Steven Moser (16-cv-641) and Ann Ball (17-cv-2532), present. Counsel For Defendant: Lisa Griffith, present. Status Conference held on 5/17/2017 at 2:30 PM. Cases to be consolidated under the first filed case number 16-cv-641. Case 17-cv-2532 to be marked as closed. Rulings set forth on the record. (Cases associated., Civil Case Terminated.) (Tape #FTR: 2:26-2:41.) (Ortiz, Grisel) (Entered: 05/18/2017) |
| 05/17/2017 | | Case Consolidated to Case 16-CV-641-JMA-AKT. (Ortiz, Grisel) (Entered: 05/18/2017) |
| 05/19/2017 | | ORDER granting 8 Motion for Extension of Time to Answer: The deadline for Defendant Garda CL Atlantic, Inc. to file an Answer or otherwise respond to the Complaint is extended to June 28, 2017. Ordered by Magistrate Judge A. Kathleen Tomlinson on 5/19/2017. (McCuiston, Hannah) (Entered: 05/19/2017) |
| 06/27/2017 | 10 | Letter MOTION for pre motion conference *to discuss the anticipated bases for dismissal of the Adkins Plaintiffs' Complaint* by Garda Cl Atlantic, Inc.. (Attachments: # 1 Exhibit A) Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gomez-Sanchez, Daniel) (Entered: 06/27/2017) |
| 07/12/2017 | | ORDER denying (31) Motion for Pre Motion Conference in case 2:16-cv-00641-JMA-AKT. Defendant's request for a pre-motion conference concerning its anticipated motion to dismiss is denied without prejudice. Plaintiff is granted the requested leave to file an amended complaint by no later than July 28, 2017. Defendant may re-file its request for a pre-motion conference after plaintiff has filed its amended complaint. Ordered by Judge Joan M. Azrack on 7/12/2017. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Rice, Thomas) (Entered: 07/12/2017) |
| 07/12/2017 | | ORDER denying 10 Motion for Pre Motion Conference. Defendant's request for a pre-motion conference concerning its anticipated motion to dismiss is denied without prejudice. Plaintiff is granted the requested leave to file an amended complaint by no later than July 28, 2017. Defendant may re-file its request for a pre-motion conference after plaintiff has filed its amended complaint. Ordered by Judge Joan M. Azrack on 7/12/2017. (Rice, Thomas) (Entered: 07/12/2017) |
| 09/26/2017 | 11 | Letter *Requesting to be Excused from Pre-Motion Conference of 9/27/17* by Dennis L. D'Aguino, Barry S. Dubrow, Donald F. Hess Associated Cases: 2:16- |

| | | |
|---|---|---|
| | | cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 09/26/2017) |
| 09/27/2017 | 12 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR PRE-MOTION CONFERENCE. Counsel For Plaintiff: Ann Ball, present. Counsel For Defendant: Lisa Griffith, present. Pre Motion Conference held on 9/27/2017 at 3:00PM. Briefing schedule set - Motion to Dismiss Moving papers served by: October 20, 2017; Response: November 10, 2017; Reply: November 29, 2017.Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers. (FTR Log #FTR: 3:05-3:10.) (Ortiz, Grisel) (Entered: 09/27/2017) |
| 10/20/2017 | 13 | AFFIDAVIT of Service for Notice of Motion to Dismiss the Amended Complaint; Memorandum of Law in Support of Defendant's Motion to Dismiss the Amended Complaint Pursuant to FRCP 12(B)(6) and 8(A); and Declaration of Lisa M. Griffith in Support, with attached exhibit served on Ann Ball; Steven J. Moser on 10/20/17, filed by Garda Cl Atlantic, Inc.. (Nair, Sanjay) (Entered: 10/20/2017) |
| 11/29/2017 | 14 | Notice of Motion to Dismiss for Failure to State a Claim *in Adkins Plaintiffs' Amended Complaint* by Garda Cl Atlantic, Inc.. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Nair, Sanjay) (Entered: 11/29/2017) |
| 11/29/2017 | 15 | MEMORANDUM in Support re (14 in 1:17-cv-02532-JMA-AKT) Notice of Motion to Dismiss for Failure to State a Claim *in Adkins Plaintiffs' Amended Complaint* filed by All Defendants. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Nair, Sanjay) (Entered: 11/29/2017) |
| 11/29/2017 | 16 | AFFIDAVIT/DECLARATION in Support re (14 in 1:17-cv-02532-JMA-AKT) Notice of Motion to Dismiss for Failure to State a Claim *in Adkins Plaintiffs' Amended Complaint* filed by All Defendants. (Attachments: # 1 Exhibit A) Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Nair, Sanjay) (Entered: 11/29/2017) |
| 11/29/2017 | 17 | MEMORANDUM in Opposition re (14 in 1:17-cv-02532-JMA-AKT) Notice of Motion to Dismiss for Failure to State a Claim *in Adkins Plaintiffs' Amended Complaint , Opposition by the Adkins Plaintiffs,* filed by All Defendants. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Nair, Sanjay) (Entered: 11/29/2017) |
| 11/29/2017 | 18 | REPLY in Support re (14 in 1:17-cv-02532-JMA-AKT) Notice of Motion to Dismiss for Failure to State a Claim *in Adkins Plaintiffs' Amended Complaint* filed by All Defendants. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Nair, Sanjay) (Entered: 11/29/2017) |
| 02/28/2019 | 19 | Letter MOTION for pre motion conference by Barry S. Dubrow. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 02/28/2019) |
| 03/08/2019 | | ORDER terminating 19 Motion for Pre Motion Conference. A conference was held on 3/8/2019. Ordered by Judge Joan M. Azrack on 3/8/2019. (Gallagher, Erin) (Entered: 03/08/2019) |

| | | |
|---|---|---|
| 05/27/2019 | 20 | Letter MOTION for Leave to File *motion to substitute* by Barry S. Dubrow. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) Modified on 5/30/2019 (Ortiz, Grisel). (Entered: 05/27/2019) |
| 05/30/2019 | | ORDER granting 20 Motion for Leave to File. Plaintiff to serve motion to substitute party on defendant tomorrow, 5/31/2019. Defendant to serve any opposition to the motion to substitute, together with any reply in support of its motion to dismiss, and file the fully briefed motions in accordance with the Court's individual rules, by 6/7/2019. Ordered by Judge Joan M. Azrack on 5/30/2019. (Gallagher, Erin) (Entered: 05/30/2019) |
| 06/07/2019 | 21 | MOTION for Extension of Time to File Response/Reply *in further support of Defendant's motion to dismiss the claims of Barry Dubrow on consent of the parties* by Garda Cl Atlantic, Inc.. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gomez-Sanchez, Daniel) (Entered: 06/07/2019) |
| 06/14/2019 | 22 | MOTION for Extension of Time to File Response/Reply *in further support of Defendant's motion to dismiss the claims of Barry Dubrow on consent of the parties and to schedule a conference to aid the parties in securing a mediation date* by Garda Cl Atlantic, Inc.. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gomez-Sanchez, Daniel) (Entered: 06/14/2019) |
| 06/18/2019 | | ORDER re: Motion for Extension of Time to File Response/Reply. (ECF No. 62 in case 2:16-cv-00641; ECF No. 22 in case 1:17-cv-02532.)<br><br>A joint telephone status conference with the Tanza actions (15-cv-4394/17-cv-3185) is scheduled for 6/20/2019 at 2:00pm. Counsel for defendant in the D'Aguino/Adkins actions is directed to initiate the call and contact chambers at 718-613-2530 when all parties are on the line. The deadline for defendant's reply/opposition is hereby stayed and will be addressed at the conference.<br><br>Motion for Extension of Time to File Response/Reply (ECF No. 21 in case 1:17-cv-02532) is terminated as moot. Ordered by Judge Joan M. Azrack on 6/18/2019. Associated Cases: 2:16-cv-00641, 1:17-cv-02532 (Gallagher, Erin) (Entered: 06/18/2019) |
| 06/20/2019 | 23 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR STATUS CONFERENCE (Tel BK). Counsel For Tanza Plaintiffs: no appearance. Counsel For Tanza Defendant: Jessica Travers. Counsel For D'Aguino/Adkins Plaintiffs: Steven Moser, Ann Ball. Counsel For D'Aguino/Adkins Defendant: Lisa Griffith. Status Conference held on 6/20/2019 at 2:00 PM. Mediation is scheduled for September 9, 2019. The parties are ordered to appear on that date and participate in the mediation in good faith. Counsel for the Estate of Plaintiff Barry S. Dubrow is directed to file the unopposed motion to substitute by June 27, 2019. Defendant's motion to dismiss Dubrow is held in abeyance and shall not be filed on the docket without further leave from the Court. (Ortiz, Grisel) (Entered: 06/20/2019) |
| 06/25/2019 | 24 | MOTION to Substitute Party by Barry S. Dubrow. (Attachments: # 1 Memorandum in Support) Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 06/25/2019) |
| | | |

| | | |
|---|---|---|
| 06/25/2019 | 25 | AFFIDAVIT/DECLARATION in Support re (64 in 2:16-cv-00641-JMA-AKT, 24 in 1:17-cv-02532-JMA-AKT) MOTION to Substitute Party filed by Barry S. Dubrow. (Attachments: # 1 Exhibit Death Certificate, # 2 Exhibit Will, # 3 Exhibit Retainer) Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 06/25/2019) |
| 07/23/2019 | | The following motion has been Terminated: 24 MOTION to Substitute Party filed by Victor Dubrow. Case has been CLOSED and CONSOLIDATED into Case No.: 16-cv-00641(JMA)(AYS). **Please see Order in case no. 16-cv-00641 De#66-ORDER Granting Motion to Substitute Party.** (Ortiz, Grisel) (Entered: 07/24/2019) |
| 08/09/2019 | 26 | STATUS REPORT *Regarding Mediation* by Dennis L. D'Aguino Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 08/09/2019) |
| 08/12/2019 | 27 | Letter *in Response to Plaintiffs' "Status Report"* by Garda Cl Atlantic, Inc. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 08/12/2019) |
| 08/16/2019 | | ORDER: On June 20, 2019, the Court held a telephone conference during which the parties agreed to, and the Court so-ordered, mediation before Martin Shienman on September 9, 2019. (ECF No. 63 .) Based on the parties' representations, and in order to facilitate the agreed-upon mediation, the Court permitted plaintiffs to file their motion to substitute unopposed, and directed defendant not to file a motion to dismiss at that time. Plaintiffs' counsel violated that court-order when they decided not to participate in mediation with the parties' chosen mediator without leave from the Court, and the parties lost the court-ordered mediation date of September 9, 2019. The Court now orders the parties, by August 26, 2019, to meet and confer to find a mutually agreeable date to mediate before Martin Shienman, and file a status report with the Court. Mediation before Martin Shienman must take place before October 31, 2019. Should plaintiffs' counsel violate further court-orders regarding the mediation, the Court may permit defendant to file its motion to dismiss and entertain an application for costs and fees. Ordered by Judge Joan M. Azrack on 8/16/2019. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 08/16/2019) |
| 08/26/2019 | 28 | Letter *regarding status of mediation date and request for extension* by Garda Cl Atlantic, Inc. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 08/26/2019) |
| 08/26/2019 | | SCHEDULING ORDER: The parties' request for an extension (ECF No. 70 ) is granted. A Status Report regarding the mediation date is due by 8/30/2019. Ordered by Judge Joan M. Azrack on 8/26/2019. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 08/26/2019) |
| 08/30/2019 | 29 | Letter *advising the Court that mediation is scheduled for October 7, 2019* by Garda Cl Atlantic, Inc. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 08/30/2019) |
| | | |

| | | |
|---|---|---|
| 10/30/2019 | 30 | STATUS REPORT by Garda Cl Atlantic, Inc. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 10/30/2019) |
| 11/22/2019 | | SCHEDULING ORDER: In-Person Status Conference set for 12/13/2019 at 02:30 PM in Courtroom 920 of the Long Island Courthouse before Judge Joan M. Azrack. Counsel for all parties in both the Tanza and D'Aguino matters, as well as former plaintiffs' counsel in Tanza, Neil M. Frank (or counsel for Mr. Frank), are directed to appear in-person.<br><br>The D'Aguino parties shall file their motion for approval of the FLSA settlement by 12/10/2019. Ordered by Judge Joan M. Azrack on 11/22/2019. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 11/22/2019) |
| 12/06/2019 | | SCHEDULING ORDER: In-Person Status Conference ADJOURNED to 12/19/2019 at 12:30 PM in Courtroom 920 of the Long Island Courthouse before Judge Joan M. Azrack. Counsel for all parties in both the Tanza and D'Aguino matters, as well as former plaintiffs' counsel in Tanza, Neil M. Frank (or counsel for Mr. Frank), are directed to appear in-person. Counsel for defendant Garda is directed to confirm that Mr. Frank is aware of the conference.<br><br>Given the adjournment, the D'Aguino parties may now file their motion for approval of the FLSA settlement by 12/12/2019. Ordered by Judge Joan M. Azrack on 12/6/2019. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 12/06/2019) |
| 12/12/2019 | | SCHEDULING ORDER: The In-Person Status Conference scheduled on 12/19/2019 is ADJOURNED to 1/21/2020 at 1:00 PM in Courtroom 920 of the Long Island Courthouse before Judge Joan M. Azrack. Counsel for all parties in both the Tanza and D'Aguino matters, as well as former plaintiffs' counsel in Tanza, Neil M. Frank (or counsel for Mr. Frank), are directed to appear in-person. Counsel for defendant Garda is directed to confirm that Mr. Frank is aware of the conference. Ordered by Judge Joan M. Azrack on 12/12/2019. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Posillico, Lauren) (Entered: 12/12/2019) |
| 12/13/2019 | 31 | MOTION for Extension of Time to File *Joint Motion to Approve Settlement* by Garda Cl Atlantic, Inc.. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 12/13/2019) |
| 12/13/2019 | | ORDER granting (73) Motion for Extension of Time to File. Parties may submit the Joint Motion for Approval of Settlement by 12/19/19. Ordered by Judge Joan M. Azrack on 12/13/2019. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 12/13/2019) |
| 01/09/2020 | 32 | MEMORANDUM in Support re Order, (74 in 2:16-cv-00641-JMA-AKT) Letter MOTION to Dismiss *under Rule 41 and approve FLSA Settlement - Unredacted Billing Statement* filed by Dennis L. D'Aguino. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 01/09/2020) |

| | | |
|---|---|---|
| 01/09/2020 | 33 | MEMORANDUM in Support re (74 in 2:16-cv-00641-JMA-AKT) Letter MOTION to Dismiss *under Rule 41 and approve FLSA Settlement (letter with Message from Plaintiff Donald Hess)* filed by Donald F. Hess. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 01/09/2020) |
| 01/10/2020 | 34 | RESPONSE to Motion re (75 in 2:16-cv-00641-JMA-AKT) MOTION for pre motion conference filed by All Defendants. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gomez-Sanchez, Daniel) (Entered: 01/10/2020) |
| 01/13/2020 | | SCHEDULING ORDER: Due to a change in this Court's calendar, the In-Person Status Conference scheduled for 1/21/2020 at 1:00 PM will take place in Courtroom 6E North of the Brooklyn Courthouse, located at 225 Cadman Plaza East, Brooklyn, New York 11201, before Judge Joan M. Azrack.<br><br>Counsel for all parties in both the Tanza and D'Aguino matters, as well as former plaintiffs' counsel in Tanza, Neil M. Frank (or counsel for Mr. Frank), are directed to appear in-person. Counsel for defendant Garda is directed to confirm that Mr. Frank is aware of the conference.<br><br>The Court will also address the pending pre-motion conference letter, (ECF No. 75 ) at this conference. Ordered by Judge Joan M. Azrack on 1/13/2020. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 01/13/2020) |
| 01/21/2020 | 35 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR STATUS CONFERENCE. Counsel For Tanza Plaintiffs: Kyle Pulis, Steven Moser. Counsel Pro se Tanza Plaintiffs: No appearance. Counsel For D'Aguino/Adkins Plaintiffs: Steven Moser, Ann Ball. Counsel For Tanza Defendants: Jessica Travers, Valerie Brown. Counsel For D'Aguino/Adkins Plaintiffs: Lisa Griffith, Valerie Brown. Counsel For Neil Frank: Michelle Aulivola. Status Conference held on 1/21/2020 at 1:00 PM. By 1/28/2020, Counsel for Neil Frank, Michelle Aulivola, shall notify the plaintiffs who Mr. Frank previously represented and have not yet retained new counsel of Mr. Frank's disbarment. The notice shall be made by certified mail, and, where practical, electronic mail. It shall state, at a minimum, that Mr. Frank is no longer able to act as counsel in this matter due to disbarment and shall advise the client to obtain new counsel. By 2/28/2020, the parties in the Tanza matters shall submit a revised motion for preliminary approval of the class settlement, identifying a proposed new class counsel and including a revised settlement agreement. Proposed class counsel is directed to identify its position on the class settlement at that time. By 1/28/2020, Counsel for the Adkins plaintiffs, Ann Ball, shall notify the Court and defense counsel whether she still wishes to make a motion to remand in accordance with her pre-motion conference letter. Should Ms. Ball wish to make this motion, the parties shall submit a joint briefing schedule by 1/31/2020. Defense counsel may make an application to the Court for Ms. Ball's billing records should she determine they are necessary to oppose the motion. The Clerk of the Court is directed to remove Neil Frank, Alyssa T. Marino, and Joseph A. Myers as counsel of record for the plaintiffs in the Tanza case, 15-cv-4394. Furthermore, to the extent not already noted, the Clerk of the |

| | | |
|---|---|---|
| | | Court is directed to update the docket to reflect the appearance of Kyle T Pulis, Esq. and Scott M. Mishkin, Esq. for the following Tanza plaintiffs: Anthony Tanza, Michael S. Bosman, Albert Velasquez, Lana Bongiovi, Alexander Cioffi, Dennis J. Delucie, Charles Engel, William R. Shannon, Gary E. Sobek, and Carmela A. Syzmanski. (Entered: 01/21/2020) |
| 01/23/2020 | 36 | NOTICE of Consent to Change Attorney by Steven John Moser Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 01/23/2020) |
| 01/24/2020 | 37 | REPLY in Opposition re (36 in 1:17-cv-02532-JMA-AKT) Notice of Consent to Change Attorney filed by All Defendants. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 01/24/2020) |
| 01/28/2020 | 38 | NOTICE of Appearance by Steven John Moser on behalf of Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Caropola, Alexander Cioffi, Patrick H. Crain, David Cronk, Dennis J. Delucie, Charles J. Engel, Benny Failla, Matthew Farrell, Robert J. Giani, John R. Lackenbauer, William J. Maher, Michael G. McDowell, Willner Jean Pierre, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza, Cynthia Torres (aty to be noticed) Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 01/28/2020) |
| 01/28/2020 | 39 | MOTION to Strike (38 in 1:17-cv-02532-JMA-AKT) Notice of Appearance,, by Garda Cl Atlantic, Inc.. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 01/28/2020) |
| 01/28/2020 | 40 | Letter MOTION to Dismiss for Lack of Jurisdiction *and Requesting Order to Show Cause* by Damian Sobers. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 01/28/2020) |
| 01/31/2020 | 41 | Proposed Scheduling Order *(i.e. Briefing Schedule) regarding motion to dismiss for lack of jurisdiction* by Jimmy Adkins Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Moser, Steven) (Entered: 01/31/2020) |
| 01/31/2020 | 42 | MOTION to Strike (41 in 1:17-cv-02532-JMA-AKT) Proposed Scheduling Order *and requesting a conference with the Court* by Garda Cl Atlantic, Inc.. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gomez-Sanchez, Daniel) (Entered: 01/31/2020) |
| 02/07/2020 | | ORDER: The Court REJECTS the Notice of Consent to Change Attorney, (ECF No. 81 ), seeking to stipulate to the substitution of the Moser Law Firm, P.C. in place of the Law Office of Ann Ball as counsel of record for Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Caropola, Alexander Cioffi, Patrick H. Crain, David Cronk, Dennis J. Delucie, Charles J. Engel, Benny Failla, Matthew Farrell, Robert J. Giani, John R. Lackenbauer, William J. Maher, Michael G. McDowell, Willner Jean Pierre, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza, and Cynthia Torres. The Notice purports to stipulate to the change in attorney but does not include signatures from the clients or the defendant in this action. See Local Rule 1.4, Committee Note. Although the Notice alleges that these plaintiffs have requested that the Moser Law Firm represent them in this action |

| | | |
|---|---|---|
| | | and consented to the withdrawal of the Law Office of Ann Ball, it is unclear that this Notice has even been served on these individuals, further requiring its rejection. See Local Rule 1.4.<br><br>Before the Court could address the Notice, Steven Moser filed a notice of appearance on behalf of these individuals. (ECF No. 83 .) The defendant moved to strike. (ECF No. 84 .) Mr. Moser is directed to file an affidavit detailing when and how he obtained the consent of each of these plaintiffs to represent them in this action, as well as copies of any retainer agreements. This affidavit and any retainer agreements shall be filed by February 14, 2020 and may be filed under seal. The Court will rule on the defendant's motion to strike after reviewing this information.<br><br>As the Court has rejected the Notice of Consent to Change Attorney, the Law Office of Ann Ball remains counsel of record for these plaintiffs.<br><br>Upon resolution of the representation matter, the Court will address the issues raised by the parties regarding remand. Accordingly, the proposed scheduling order, (ECF No. 86 ), is stayed. Ordered by Judge Joan M. Azrack on 2/7/2020. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 02/07/2020) |
| 02/14/2020 | 43 | DECLARATION re Order,,,,,,,, *dated Feb 7, 2020* by Kerem Bay (Attachments: # 1 Exhibit Co-Counsel Agreement, # 2 Exhibit Consent to Substitution Forms, # 3 Exhibit Retainer) (Moser, Steven) (Entered: 02/14/2020) |
| 02/14/2020 | 44 | AFFIDAVIT/DECLARATION in Support re 40 Letter MOTION to Dismiss for Lack of Jurisdiction *and Requesting Order to Show Cause by John Rossi* filed by John Rossi. (Moser, Steven) (Entered: 02/14/2020) |
| 02/27/2020 | 45 | STIPULATION of Dismissal *Adkins, Plaintiffs Debe, Louis from Adkins v. Garda* by Garda Cl Atlantic, Inc. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Griffith, Lisa) (Entered: 02/27/2020) |
| 03/20/2020 | | The Notice of Appeal entered on this case was only supposed to be entered on case # 16-CV-6419(JMA)(AKT). The docket entry has been removed from this case. (Landow, Concetta) (Entered: 03/20/2020) |
| 03/27/2020 | | SCHEDULING ORDER: A Telephone Conference is set for 3/31/2020 at 12:30 PM with Judge Joan M. Azrack and will be conducted through the AT&T teleconference center. Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt. Ordered by Judge Joan M. Azrack on 3/27/2020. Associated Cases: 2:16-cv-00641-JMA-AKT, 1:17-cv-02532-JMA-AKT (Gallagher, Erin) (Entered: 03/27/2020) |


| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/30/2020 17:25:51 | | | |
| | sm662800 | **Client Code:** | |

| | | | |
|---|---|---|---|
| **PACER Login:** | | | |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cv-02532-JMA-AKT |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |

# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

For Online Publication Only

---------------------------------------------------------------X
JIMMY L. ADKINS, KEREM BAY, LANA BONGIOVI, CLEMENT CAMPBELL, ANGELO CARPOLA, ALEXANDER CIOFFI, PATRICK H. CRAIN, DAVID CRONK, NANCY F. DEBE, DENNIS DELUCIE, CHARLES J. ENGEL, MATTHEW FARRELL, BENNY FAILLA, ROBERT J. GIANI, JOHN R. LACKENBAUER, JEAN-PARNELL LOUIS, WILLIAM J. MAHER, MICHAEL G. MCDOWELL, JOHN ROSSI, WILLIAM R. SHANNON, FRED H. SMITH, GARY E. SOBEK, DAMIAN SOBERS, CARMELA SZYMANSKI, ANTHONY TANZA, and CYNTHIA TORRES,

Plaintiffs,

-against-

GARDA CL ATLANTIC, INC.,

Defendant.
---------------------------------------------------------------X

**MEMORANDUM AND ORDER**
16-CV-00641(JMA)(AKT)

**APPEARANCES:**

Ann Ball
357 Veterans Memorial Highway
Commack, New York 11725
*Attorney for Plaintiffs*

Lisa M. Griffith
Sanjay V. Nair
Daniel Gomez-Sanchez
Littler Mendelson
290 Broadhollow Road, Suite 305
Melville, New York 11747
*Attorneys for Defendant*

**AZRACK, United States District Judge:**

Plaintiffs, former employees of defendant Garda CL Atlantic, Inc. ("Garda" or "defendant'), a cash logistics company that handles and transports currency and other valuables

for financial institutions and retailers, filed this action against Garda alleging overtime and frequency of pay violations under the New York Labor Law ("NYLL") §§ 191, 650 and N.Y. Comp. Codes R. & Regs. ("NYCRR") tit. 12, § 142-2.2. Defendant has moved to dismiss plaintiffs' first amended complaint. For the reasons stated herein, defendant's motion is GRANTED in part and DENIED in part. Plaintiffs' request for leave to amend their complaint is DENIED.

## I. BACKGROUND

### A. Procedural Background

On March 24, 2017, plaintiffs filed their original complaint in the Supreme Court of the State of New York, Queens County. On April 27, 2017, defendant removed the action to this Court. (See Adkins, et. al. v. Garda CL Atlantic, Inc., No. 17-CV-2532, ECF No. 1.) On May 17, 2017, pursuant to this Court's order, the instant action, originally filed under civil docket number 17-CV-2532, was consolidated with D'Aguino, et. al. v. Garda CL Atlantic, Inc., No. 16-CV-00641, and was marked as administratively closed. On June 27, 2017, defendant submitted a letter to the Court seeking a pre-motion conference, or in the alternative, leave to file a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6). (ECF No. 31.) On June 30, 2017, plaintiffs opposed this request and asked for leave to amend their complaint. (ECF No. 32.) On July 12, 2017, the Court denied defendant's request for a pre-motion conference and granted plaintiffs' request to file an amended complaint, which plaintiffs filed on July 28, 2017. (See Plaintiffs' Amended Complaint ("Compl."), ECF No. 33.) On August 11, 2017, defendant filed another letter with the Court requesting a pre-motion conference, or leave to file a motion to dismiss the amended complaint. (ECF No. 34.) On August 14, 2017, plaintiffs opposed this request. (ECF No. 35.) The Court held a pre-motion conference on September 27, 2017, at which a briefing schedule was

set, and defendant filed the fully briefed motion to dismiss on November 29, 2017. (ECF Nos. 43-47.)

**B. Factual Background**

The Court will briefly review the allegations in plaintiffs' amended complaint. Plaintiffs allege that they are proceeding as a collective action, pursuant to 29 U.S.C. § 216(b). (Compl. ¶ 53.) However, the Court notes that plaintiffs have characterized their claims as claims under the NYLL, and not under any section of the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA").

Plaintiffs were employees at defendant's Central Islip facility until it closed on or about April 23, 2015. (Id. ¶ 66.) Plaintiffs Jimmy L. Adkins, Kerem Bay, Alexander Cioffi, Angelo Caropola, Patrick Crain, David Cronk, Charles Engel, Matthew Farrell, Benny Failla, Robert Giani, John Lackenbaier, William Maher, Michael McDowell, John Rossi, William Shannon, Gary Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza were employed as driver/messengers (the "Driver/Messenger Plaintiffs"). Plaintiffs Lana Bongiovi and Clement Campbell were employed as vault clerks (the "Vault Clerk Plaintiffs") (Id. ¶ 73.) Plaintiffs Nancy Debe, Fred Smith and Cynthia Torres were employed as ATM technicians (the "ATM Technician Plaintiffs"). (Id. ¶ 74.) Plaintiff Jean-Parnell Louis was employed as a premises guard. (Id. ¶ 79.) The amended complaint alleges no employment information as to plaintiff Dennis Delucie.

Plaintiffs generally allege that defendant violated the NYLL by effectuating a policy under which employees were only paid overtime for hours worked in excess of 50 hours per week. Hours worked over 40 but under 50 were paid at the employees' regular rate, rather than the employees' time and a half rate (the "Overtime Over Fifty Policy"). (Compl. ¶ 67.) Plaintiffs allege that all

plaintiffs were subject to the Overtime Over Fifty Policy and that they worked in excess of 40 hours per week each week. (Id. ¶¶ 68, 72, 73, 76, 79.)

The amended complaint contains only these generalized allegations concerning defendant's violations as to all but three plaintiffs – Adkins, Debe and Louis, whose unpaid overtime claims are used as representative "examples" of defendant's effectuation of the Overtime Over Fifty Policy. (Id. ¶¶ 70, 76, 79.) As to Adkins, plaintiffs allege that "from August 24, 2014 through September 6, 2014, he worked a total of 108.33 hours over the two-week period" and "was paid 50 hours each week at his regular rate of pay, and the overtime rate for the balance." (Id. ¶ 69.) Plaintiffs also allege that Debe, "from October 5, 2014 through October 18, 2014…worked 116 hours" and "was paid her regular rate for 100 hours and time and a half for 16 hours." (Id. ¶ 76) Lastly, plaintiffs allege that Louis' "normal working hours were between 8:00 p.m. through 6:00 a.m." and that "at times his workday extended to 7:30 a.m." (Id. ¶ 79.) They further allege that "from November 2, 2014 through November 15, 2014 [Louis] worked a total of 115.83 hours" and was "paid straight time for 20 hours and time and a half for 5.83 hours." (Id.)

Plaintiffs additionally allege frequency of pay violations under NYLL § 191 as to the Driver/Messenger Plaintiffs and the ATM Technician Plaintiffs. Plaintiffs generally allege that the Driver/Messenger Plaintiffs and the ATM Technician Plaintiffs "spent at least twenty five percent of their time performing physical labor, were manual workers as defined by NYLL § 191" and "were paid on a bi-weekly basis." (Compl. ¶¶ 70-71, 77-78.) Plaintiffs specifically allege as to plaintiff Adkins that he "was paid on September 21, 2014 for work performed between August 24, 2014 and September 6, 2014." (Id. ¶ 71.) Plaintiffs similarly specifically allege as to plaintiff Debe that "[f]or the work Debe performed from October 5, 2014 through October 18, 2014 her pay date was October 24, 2014." (Id. ¶ 78.)

In its motion to dismiss, defendant argues that plaintiffs have failed to allege sufficient facts to raise a plausible inference of an NYLL overtime violation as to the majority of the plaintiffs, and that plaintiffs have no recourse via a private right of civil action for any untimely payment of wages under NYLL § 191. (See Def.'s Mem. in Supp. of its Mot. to Dismiss ("Def.'s Mem.")).

## II. DISCUSSION

### A. Standard of Review

To survive a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), a plaintiff must allege sufficient facts "to state a claim to relief that is plausible on its face." Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570 (2007). A claim is facially plausible only "when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (citing Twombly, 550 U.S. at 556). Mere labels and legal conclusions will not suffice. Twombly, 550 U.S. at 555. In reviewing a motion to dismiss, the Court must accept the factual allegations set forth in the complaint as true and draw all reasonable inferences in favor of the plaintiff. Cleveland v. Caplaw Enters., 448 F.3d 518, 521 (2d Cir. 2006).

### B. Overtime Claims

The pleading requirements for claims of violations of the FLSA addressed below apply equally to overtime claims under the NYLL. See Dejesus v. HF Mgmt. Servs., LLC, 726 F.3d 85, at 89, 89 n. 5 (2d Cir. 2013).

In order to state a plausible overtime claim under the NYLL or the FLSA, "a plaintiff must sufficiently allege 40 hours of work in a given workweek as well as some uncompensated time in excess of the 40 hours." Lundy v. Catholic Health Sys. of Long Island Inc., 711 F.3d 106, 114 (2d

Cir. 2013). "Determining whether a plausible claim has been pled is 'a context-specific task that requires the reviewing court to draw on its judicial experience and common sense.'" Id. (quoting Iqbal, 556 U.S. at 679). A plaintiff is not necessarily required to provide an approximation of overtime hours; however, such "an approximation 'may help draw a plaintiff's claim closer to plausibility.'" Dejesus, 726 F.3d at 88 (quoting Lundy, 711 F.3d at 114 n. 7).

Although plaintiffs alleging overtime violations are not required "to keep careful records and plead their hours with mathematical precision," the Second Circuit has recognized that "it is employees' memory and experience that lead them to claim in federal court that they have been denied overtime in violation of the FLSA in the first place." Id. at 90. Accordingly, plaintiffs are required to "draw on those resources in providing complaints with sufficiently developed factual allegations." Id. (holding that bare-bones pleadings alleging that in "some or all weeks" plaintiff worked more than "forty hours" a week without being paid overtime compensation was insufficient).

1. **Plaintiffs Adkins, Debe and Louis**

Plaintiffs Adkins, Debe, and Louis all set forth plausible claims for unpaid overtime under the NYLL. All three plaintiffs allege specific two-week periods in which they were not fully compensated for overtime work. Further, all three plaintiffs plead the number of hours they worked during these two-week periods, what they were paid, and what hours were undercompensated. As explained earlier, the approximation of overtime hours, though not a requirement, "may help draw a plaintiff's claim closer to plausibility." Dejesus, 726 F.3d at 88 (quoting Lundy, 711 F.3d at 114 n. 7). Defendant points out that plaintiffs' allegations that Louis worked a total of 115.83 hours and was paid straight time for 20 hours and time and a half for 5.83 hours are "incongruous" because they "do not comport with the claim that he was paid straight

time for the first 50 hours and the overtime premium for all hours over 50." (Def.'s Mem. at 10 n. 3.) However, drawing all reasonable inferences in favor of plaintiffs, the allegations concerning Louis' demonstrate a plausible claim. Louis claims he was only paid for 25.83 total hours for 115.83 hours of work. Under the NYLL, Louis should have been paid 80 hours at his regular rate and 35.83 hours at time and a half. Louis alleges he was only paid an overtime rate for 5.83 hours, 30 hours less than what is legally required.

For the reasons stated above, plaintiffs Adkins, Debe and Louis have pled plausible claims for unpaid overtime under the NYLL, and defendant's motion to dismiss these three plaintiffs' overtime claims is DENIED.

2. **The Other 23 Plaintiffs**

The Court agrees with defendant that the remaining 23 plaintiffs (the "23 Plaintiffs") have failed to allege plausible claims for unpaid overtime under the NYLL. The 23 Plaintiffs have not identified a work schedule or hours regularly worked and have only alleged that they "worked in excess of 40 hours per week each week." (See Compl. ¶ ¶ 72, 73, 76.) The 23 Plaintiffs also fail to specify any particular week in which they were not paid overtime, or any other facts detailing the circumstances of an alleged overtime violation that would render their claims plausible. Plaintiff Delucie does not even allege a job title or dates of employment. Plaintiffs have done no more than repeat the language of the statute. See Dejesus, 726 F.3d at 89 (finding plaintiff's allegation that "in some or all weeks she worked more than forty hours a week without being paid 1.5 times her rate of compensation" was "no more than rephrasing the FLSA's formulation").

Conclusory claims that plaintiffs were not paid for overtime work over 40 hours do not provide enough specificity to "nudge" the allegations over the line from conceivable to plausible. See id at 90; see also Lundy, 711 F.3d at 114-115 (finding plaintiff's allegation insufficient in part

because she did not allege "that she was denied overtime pay in any such particular week."); Nakahata v. New York-Presbyterian Healthcare System, Inc., 723 F.3d 192, 201 (2d Cir. 2013) ("plaintiffs must provide sufficient detail about the length and frequency of their unpaid work to support a reasonable inference that they worked more than forty hours in a given week.").

For the reasons discussed above, the claims for unpaid overtime under the NYLL of plaintiffs Bay, Cioffi, Caropola, Crain, Cronk, Engel, Farrell, Failla, Giani, Lackenbaier, Maher, McDowell, Rossi, Shannon, Sobek, Sobers, Szymanski, Tanza, Bongiovi, Campbell, Smith, Torres, and Delucie are hereby DISMISSED with prejudice.

**B. Frequency of Pay Claims**

With the exceptions of plaintiffs Bongiovi, Campbell, and Louis, plaintiffs allege that defendant failed to pay all plaintiffs on a weekly basis as required by NYLL § 191. (See Compl. ¶¶ 70-71, 77-78, 86.) However, plaintiffs have expressed that they do not oppose defendant's motion to dismiss plaintiffs' frequency of pay claims under the NYLL. (See Pls.' Mem. In Opp. to Def.'s Mot. to Dismiss (Pls.' Opp. at 2.) These claims are therefore DISMISSED with prejudice.

**C. Leave to Amend**

Plaintiffs request leave to amend their complaint a second time. (Pls.' Opp. at 10-11.) For the reasons stated below, the Court denies plaintiffs' request for leave to amend.

"Although Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend 'shall be freely given when justice so requires,' it is within the sound discretion of the district court to grant or deny leave to amend." McCarthy v. Dun & Bradstreet Corp., 482 F.3d 184, 200 (2d Cir. 2007) (quoting Fed. R. Civ. P. 15(a)). Leave to amend may be denied "for good reason, including futility, bad faith, undue delay, or undue prejudice to the opposing

party." McCarthy, 482 F.3d at 200 (citing Foman v. Davis, 371 U.S. 178, 182 (1962)). Additionally, "[a] plaintiff need not be given leave to amend if it fails to specify [ ] to the district court . . . how amendment would cure the pleading deficiencies in its complaint." TechnoMarine SA v. Giftports, Inc., 758 F.3d 493, 505-06 (2d Cir. 2014); see, e.g., City of Pontiac Policemen's & Firemen's Ret. Sys. v. UBS AG, 752 F.3d 173,188 n. 71 (2d Cir. 2014) (denying leave to amend where "plaintiffs have identified no additional facts or legal theories—either on appeal or to the District Court—they might assert if given leave to amend").

Plaintiffs state that since the preparation of the first amended complaint, plaintiffs' attorney has received additional overtime documentation. (Pls.' Opp. at 2-3.) Plaintiffs also assert that "any alleged defects in the complaint are curable after payroll records that are, or should be, in Defendant's possession are exchanged in discovery." (Id. at 3.) They additionally argue that leave to amend should be granted because "this would only be the second amended federal court complaint, there is no undue prejudice to Defendant and the amendment will not be futile." (Id. at 10-11.)

Plaintiffs were on notice of the patent deficiencies in their initial complaint and failed to cure them in their first amended complaint. Defendant's pre-motion conference letter seeking to dismiss the initial complaint raised the same arguments and case law as its instant motion to dismiss the amended complaint. (See ECF No. 31.) In their initial pre-motion letter, defendant argued that plaintiffs failed to plead plausible overtime violation claims as to all plaintiffs and failed "to allege any estimate of hours worked in any or all weeks, or provide any factual context, or content to support their conclusory allegations." (See ECF No. 31. at 2.) This Court granted plaintiffs' request to amend their complaint in light of defendant's pre-motion letter. (See ECF No. 32.)

Now, not only have plaintiffs failed to cure the deficiencies in their first amended complaint as to the 23 Plaintiffs, after being given the opportunity to do so by this Court, but they have also failed to explain how being granted leave to amend a second time would cure these deficiencies. Although plaintiffs' counsel states she received additional overtime documentation, she does not indicate what additional allegations she would add to the amended complaint that would cure its deficiencies. If anything, plaintiffs' counsel appears to maintain that only additional discovery in the form of "production of payroll records Defendant maintains would supply enough information for a fully detailed amended complaint." (Pls.' Opp. at 3.) Plaintiffs' opposition therefore indicates that the deficiencies in their amended complaint will not in fact be cured if leave to amend is granted. See TechnoMarine SA, 758 F.3d at 506. This Court cannot ignore plaintiffs' pleading defects just because they potentially could be cured in discovery.

For the reasons stated above, plaintiffs' request for leave to amend their complaint for a second time is DENIED.

## IV. CONCLUSION

For the reasons stated above, defendant's motion to dismiss the NYLL overtime claims of plaintiffs Bay, Cioffi, Caropola, Crain, Cronk, Engel, Farrell, Failla, Giani, Lackenbaier, Maher, McDowell, Rossi, Shannon, Sobek, Sobers, Szymanski, Tanza, Bongiovi, Campbell, Smith, Torres and Delucie is GRANTED, and these plaintiffs' claims are dismissed with prejudice. Defendant's motion to dismiss the NYLL frequency of pay claims of plaintiffs Bay, Cioffi, Caropola, Crain, Cronk, Engel, Farrell, Failla, Giani, Lackenbaier, Maher, McDowell, Rossi, Shannon, Sobek, Sobers, Szymanski, Tanza, Smith, Torres, Delucie, Adkins and Debe is GRANTED and these claims are also dismissed with prejudice. Defendant's motion to dismiss

the NYLL overtime claims of plaintiffs Adkins, Debe, and Louis is DENIED. Plaintiffs' request for leave to amend the complaint is DENIED.

**SO ORDERED.**

Dated: August 16, 2018
Central Islip, New York

/s/ JMA
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE