# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the day of            , two thousand and            ,

---

Jimmy L. Adkins, et al.
        Plaintiffs-Appellants
v.
Garda CL Atlantic, Inc.
        Defendant-Appellee

STIPULATION
Docket Number: 20-887

---

It appears that the above-captioned appeal is premature in that some claims remain pending in district court and no Fed. R. Civ. P. 54(b) certification has issued.

The undersigned counsel for the parties stipulate that the above-captioned appeal is withdrawn with prejudice without costs or fees pursuant to FRAP 42(b). This stipulation shall not preclude an appeal from a final judgment or an otherwise appealable order.

Date: April 29, 2020

_____
Attorney for Appellant

Steven J. Moser
_____
Print Name and Firm

Date: 5/1/2020

_____
Attorney for Appellee

Lisa Griffith, Littler Mendelson
_____
Print Name and Firm