# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of May, two thousand twenty,

_____

| | |
|---|---|
| Kerem Bay, Lana Bongiovi, Angelo Caropola, Alexander Cioffi, Patrick H. Crain, David L. Cronk, Dennis J. Delucie, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, William J. Maher, Michael G. McDowell, John Rossi, Gary E. Sobek, Damian Sobers, Cynthia Torres, | **ORDER** <br> Docket No. 20-887 |

      Plaintiffs - Appellants,

Jimmy L. Adkins, Clement Campbell, Nancy F. Debe, Jean-Parnell Louis, Willner Jean Pierre, William R. Shannon, Fred H. Smith, Carmela Szymanski, Anthony Tanza,

      Consolidated - Plaintiffs,

Victor Dubrow, as Executor of the Estate of Barry Dubrow, Dennis L. D'Aguino, Donald F. Hess, individually and on behalf of all others similar situated,

      Plaintiffs,

v.

Garda CL Atlantic, Inc.,

      Defendant - Appellee.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

                                            For The Court:
                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

